~~SECRET~~

*unsealed 2/4/08 arp*

FILED

08 FEB -1 PM 12:19

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. '08 CR 0274 LAB |
|---|---|
| Plaintiff, | ) INDICTMENT |
| v. | ) Title 18, U.S.C., Sec. 1591(a)(1) & (b)(2) - Sex Trafficking of Children; Title 18, U.S.C., Sec. 2422(b) - Coercion and Enticement of Juvenile into Prostitution; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JORDAN ARNOLD, | |
| Defendant. | |

The grand jury charges:

Count 1

From on or about August 1, 2007, until and including October 11, 2007, within the Southern District of California, defendant JORDAN ARNOLD, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide and obtain by any means A. A., a juvenile, and did benefit financially and by receiving a thing of value, from participation in a venture engaged in such acts, knowing that A. A. had not attained the age of 18 years and would be caused to engage in commercial sex acts; all in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and 2.

//

//

CPT:fer:San Diego
2/1/08

Count 2

From on or about August 1, 2007, until and including October 11, 2007, within the Southern District of California, defendant JORDAN ARNOLD, using the mail and any facility and means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely A. A., a juvenile, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2422(b) and 2.

Count 3

From on or about August 1, 2007, until and including October 11, 2007, within the Southern District of California, defendant JORDAN ARNOLD, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide and obtain by any means L. A., a juvenile, and did benefit financially and by receiving a thing of value, from participation in a venture engaged in such acts, knowing that L. A. had not attained the age of 18 years and would be caused to engage in commercial sex acts; all in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and 2.

//
//
//
//
//
//
//
//

## Count 4

From on or about August 1, 2007, until and including October 11, 2007, within the Southern District of California, defendant JORDAN ARNOLD, using the mail and any facility and means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely L. A., a juvenile, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2422(b) and 2.

DATED: February 1, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney