```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED ORIGINAL
08 FEB -4 PM 3: 41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0274-LAB |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO UNSEAL |
| | ) INDICTMENT AND PROPOSED ORDER |
| v. | ) THEREON |
| JORDAN ARNOLD, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and hereby and respectfully requests the court to unseal the indictment in the above-entitled case, as to the above-named defendant. In support of this motion, counsel for the United States of America avers as follows:

On February 1, 2008, the Federal Grand Jury for the Southern District of California returned an indictment against the defendant, JORDAN ARNOLD, in the above-entitled case. The United States desires to unseal the indictment to inform the San Diego County District Attorney's Office ("SDDA") to be dismiss pending State charges against the defendant and facilitate the transfer of custody of the defendant to the United States.

The defendant is currently facing criminal charges filed by the SDDA and is in the custody of the State of California. The SDDA has agreed to dismiss the pending charges against the defendant when it learns that he has been indicted by the United States. The United States cannot inform the SDDA of the pending indictment until it is unsealed.

DATED:   February 1, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

1
2
3
4
5
6
7
8
...
28

# O R D E R

IS IS HEREBY ordered and decreed that Indictment No. 08CR0274-LAB against JORDAN ARNOLD is unsealed.

DATED: 2/1/08

*[signature: Barbara L. Major]*
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge