```
KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7843/(619) 557-7381 (Fax)
Email: Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>        v.                          )<br>                                    )<br>JORDAN ARNOLD,                      )<br>                                    )<br>             Defendant.             )<br>_____) | Criminal Case No. 08CR0274-LAB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   February 7, 2008

                                       Respectfully submitted,

                                       KAREN P. HEWITT
                                       United States Attorney


                                       s/ *Christopher P. Tenorio*
                                       CHRISTOPHER P. TENORIO
                                       Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0274-LAB |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| JORDAN ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** by electronically filing the foregoing with the Clerk of the District Court using its ECF System. To date, no attorney has been retained by or appointed to the defendant in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008.

                                              s/ *Christopher P. Tenorio*
                                              CHRISTOPHER P. TENORIO
                                              Assistant U.S. Attorney