# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -8 PM 3:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

V.

JORDAN ARNOLD

**WARRANT FOR ARREST**

CASE NUMBER: 08CR0274-LAB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST    **JORDAN ARNOLD**
                                         Name

and bring him forthwith to the nearest magistrate to answer an

__X__ Indictment  ___ Information  ___ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with

*Sex Trafficking of Children*
in violation of:  Title 18, United States Code, Sections 1591(a)(1) & (b)(2), and 2

*Coercion and Enticement of Juvenile into Prostitution*
in violation of:  Title 18, United States Code, Sections 2422(b), and 2

Hon. Ruben B. Brooks
Name of Issuing Officer

/s/ Ruben B. Brooks
Signature of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

February 5, 2008, San Diego, California
Date and Location

_____(By) Deputy Clerk

Bail Fixed at $ to be determined     by  /s/ Ruben B. Brooks
                                          Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

George Bailey Correctional Facility

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/06/2008 | Celina M. Navarro | /s/ Celina Navarro |
| DATE OF ARREST | Special Agent FBI | |
| 02/07/2008 | | |