UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORDAN ARNOLD,<br><br>　　　　　　　　Defendant. | Criminal Case No. 08CR0274-LAB<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

　　　In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 *et seq*.), this Court conducted a detention hearing on February 12, 2008 to determine whether Jordan Arnold (hereinafter "Defendant") should be held in custody pending trial, on the grounds that he is a risk of flight and danger to the community. Assistant U.S. Attorney Christopher P. Tenorio appeared on behalf of the United States. Attorney Holly Hanover appeared on behalf of Defendant.

　　　Based on the evidence proffered by the United States and by Defendant, the Pretrial Services Report, and the Indictment, the Court concludes that the following facts establish by clear and convincing evidence that Defendant is a danger to the community and, for that reason, should be detained pending trial. The Court also finds, however, that he is not a risk of flight.

# I.

# FINDINGS OF FACT

**A.** **Nature and Circumstances of the Offense Charged (18 U.S.C.§ 3142(g)(1))**

1. The defendant is charged in Criminal Indictment No. 08CR0274-LAB with two counts of sex trafficking of children in violation of 18 U.S.C. § 1591(a)(1) & (b)(2); and two counts of coercion and enticement of juvenile into prostitution, in violation of 18 U.S.C. § 2422(b). The victims of the offenses, by definition, are juveniles. The nature of the charges weighs in favor of detention.

2. If convicted of this charge, the defendant faces a minimum-mandatory of ten years for each count.

**B.** **Weight of the Evidence Against the Defendant (18 U.S.C.§ 3142(g)(2))**

Probable cause for the charged offense has been determined as a result of the indictment returned by the grand jury on February 1, 2008. The weight of the evidence favors detention.

**C.** **History and Characteristics of the Defendant (18 U.S.C.§ 3142(g)(3))**

Defendant's character is viewed negatively by virtue of the allegations that he used his mother to pass along information to juvenile victim-witnesses in an apparent attempt to intimidate the victim-witnesses. This also weighs in favor of detention. The defendant's family ties, criminal history, the absence of substance abuse and the length of residence in the comunity all weigh in favor of setting bail. The defendant is unemployed and has no significant financial ties to the community; these factors weigh in favor of detention.

**D.** **Nature and Seriousness of Danger to any Person or the Community (18 U.S.C.§ 3142(g)(4))**

1. Defendant has specifically threatened juveniles who are alleged to be victims (not of the present indictment) and has used violence against juvenile victims.

2. Defendant has threatened to kill another person in front of juvenile victims as a result of the third-person leaving employment with Defendant.

## II.

## **REASONS FOR DETENTION**

**A.** There is probable cause to believe that the defendant committed the offense charged in Criminal Indictment No. 08CR0274-LAB, namely, two counts of sex trafficking of children in violation of 18 U.S.C. § 1591(a)(1) & (b)(2); and two counts of coercion and enticement of juvenile into prostitution, in violation of 18 U.S.C. § 2422(b).

**B.** The Court finds, by clear and convincing evidence, that the Government has shown that the characteristics of the defendant, and the nature and seriousness of the danger posed by the defendant to particular persons, render him a danger to the community.

## III.

## **ORDER**

IT IS HEREBY ORDERED that the defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the

| | |
|---|---|
| 1 | defendant to the United States Marshal for the purpose of an appearance in connection with a court |
| 2 | proceeding or any other appearance stipulated to by defense and government counsel. |
| 3 |       THIS ORDER IS ENTERED WITHOUT PREJUDICE. |
| 4 |       IT IS SO ORDERED. |

DATED: February 19, 2008

_____
HON. RUBEN B. BROOKS
United States Magistrate Judge

Prepared by:

_____
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

cc: Holly Hanover, Esq.