1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  3132 Third Ave. #101
   San Diego, CA 92103
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Jordan Arnold

5
                    **UNITED STATES DISTRICT COURT**
6                   **SOUTHERN DISTRICT OF CALIFORNIA**
                    **(THE HON.  LARRY A. BURNS)**
7

8  **UNITED STATES OF AMERICA,**      )     **CASE NO.  08cr0274-LAB**
           **Plaintiff,**             )
9                                     )     **DATE:  March 17, 2005**
   **v.**                             )     **TIME:  2:00 p.m.**
10                                    )
   **JORDAN ARNOLD,**                 )     **NOTICE OF MOTIONS and MOTIONS TO:**
11         **Defendant.**             )     **1) COMPEL DISCOVERY; and for**
                                      )     **2) LEAVE TO FILE FURTHER MOTIONS**
12  _____  )

13

14  **TO:    KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND**
        **CHRISTOPHER P. TENORIO, or current ASSISTANT UNITED STATES ATTORNEY:**
15

16      PLEASE TAKE NOTICE that on March 17, 2007 at 2:00 p.m., or as soon

17  thereafter as counsel may be heard, the defendant, Jordan Arnold, by and

18  through his counsel, Holly S. Hanover, will ask this Court to enter an

19  order granting the motions listed below.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

                                      1                              **08cr0274**

1

**MOTIONS**

2       The Defendant, Jordan Arnold, by and through his attorney, Holly

3  S. Hanover, pursuant to the United States Constitution, the Federal

4  Rules of Criminal Procedure, and all other applicable statutes, case law

5  and local rules, hereby moves this Court for an order to:

6  1)      Compel Discovery; and to

7  2)      Grant leave to file further motions.

8          These motions are based upon the instant motions and notice of

9  motions, the attached statement of facts and memorandum of points and

10 authorities, and any and all other materials that may come to this

11 Court's attention at the time of the hearing on these motions.

12                                    **Respectfully submitted,**

13

14 **Dated:  March 3, 2008**                   *s/ Holly Hanover*
                                              Attorney for Mr. Jordan Arnold
15                                            E-mail: Netlawyr@aol.com

16

17

18

19

20

21

22

23

24

25

26

27

28