HOLLY S. HANOVER, Esq.
California State Bar Number 177303
3132 Third Ave. #101
San Diego, CA 92103
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HON. LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr0274-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DATE: March 17, 2005 |
| v. | ) | TIME: 2:00 p.m. |
| | ) | |
| JORDAN ARNOLD, | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 3132 Third Ave. #101, San Diego, CA, 92103.

I have cause the service of the Motion for Discovery on this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Christopher P. Tenorio | Christopher.Tenorio@usdoj.gov, efile.dkt.gc1@usdoj.gov, helaine.curtis@usdoj.gov |

**Respectfully submitted,**

Dated: March 3, 2008          *s/ Holly Hanover*
                              **Attorney for Mr. Jordan Arnold**
                              **E-mail: Netlawyr@aol.com**

1                                                              08cr0274