1 | HOLLY S. HANOVER, Esq.
California State Bar Number 177303
2 | 1016 La Mesa Ave.
Telephone: (619) 295-1264
3 | E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold
4

5          **UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
6              **(THE HON. LARRY A. BURNS)**

7 | **UNITED STATES OF AMERICA,**        )   **CASE NO.  08cr0274-LAB**
          Plaintiff,                    )
8 |                                     )   **DATE:   April 18, 2005**
     v.                                 )   **TIME:   10:30 a.m.**
9 |                                     )
     **JORDAN ARNOLD,**                 )   **NOTICE OF MOTIONS and MOTIONS TO:**
10          Defendant.                  )   1) **DISMISS THE INDICTMENT;**
                                        )   2) **SUPPRESS STATEMENTS; and for**
11 | _____          )   3) <u>**LEAVE TO FILE FURTHER MOTIONS**</u>

12 | **TO:   KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
         CHRISTOPHER P. TENORIO, or current ASSISTANT UNITED STATES ATTORNEY:**
13

14       PLEASE TAKE NOTICE that on April 18, 2007 at 10:30 a.m., or as soon

15 | thereafter as counsel may be heard, the defendant, Jordan Arnold, by and

16 | through his counsel, Holly S. Hanover, will ask this Court to enter an

17 | order granting the motions listed below.

18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27
28

                              1                              08cr0274

**MOTIONS**

The Defendant, Jordan Arnold, by and through his attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1)   Dismiss the Indictment;

2)   Suppress Statements: and to

3)   Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

**Respectfully submitted,**

**Dated:  April 7, 2008**         *s/ Holly Hanover*
                                  Attorney for Mr. Jordan Arnold
                                  E-mail: Netlawyr@aol.com