1 │ HOLLY S. HANOVER, Esq.
California State Bar Number 177303
2 │ 1016 La Mesa Ave.
Telephone: (619) 295-1264
3 │ E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold
4

5 │ **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
6 │ **(THE HON. LARRY A. BURNS)**

| | | |
|---|---|---|
| 7 │ **UNITED STATES OF AMERICA,** | ) | **CASE NO. 08cr0274-LAB** |
| **Plaintiff,** | ) | |
| 8 │ | ) | **DATE: April 18, 2005** |
| **v.** | ) | **TIME: 10:30 a.m.** |
| 9 │ | ) | |
| **JORDAN ARNOLD,** | ) | **MOTION TO SHORTEN TIME** |
| 10 │ **Defendant.** | ) | |
| | ) | |
| 11 │ _____ | ) | |

12 │ **TO:   KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND**
   **CHRISTOPHER P. TENORIO, or current ASSISTANT UNITED STATES ATTORNEY:**
13

14 │ 　　Defendant, Jordan Arnold, by and through his attorney, Holly S.

15 │ Hanover, moves this Court for an order to Shorten time for the filing

16 │ of the Motions to Dismiss, and to Suppress Statements to eleven (11)

17 │ days, because counsel was out of the district between March 18, and

18 │ March 21, and had planned on finishing the motions between March 22 and

19 │ April 3, but unfortunately, counsel became sick with the flu for several

20 │ days during that time, and was unable to complete the filing on Friday

21 │ April 4 as planned. Counsel worked over the weekend to catch up on the

22 │ research and writing, and did everything possible to get the filing done

23 │ as quickly as possible.

24 │ 　　　　　　　　　　　　　　　　**Respectfully submitted,**

25 │ **Dated: April 7, 2008**　　　　s/ _Holly S. Hanover_
　　　　　　　　　　　　　　　　Attorney for Mr. Arnold
26 │ 　　　　　　　　　　　　　　　　E-mail: Netlawyr@aol.com

27

28

　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　**08cr0274**