HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,                              )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>JORDAN ARNOLD,                      )<br>        Defendant.                         )<br>                                                    )<br>_____  ) | CASE NO. 08cr0274-LAB<br><br>DATE: April 18, 2005<br>TIME: 10:30 a.m.<br><br>MOTION TO SHORTEN TIME |

**TO:** KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND
CHRISTOPHER P. TENORIO, or current ASSISTANT UNITED STATES ATTORNEY:

Defendant, Jordan Arnold, by and through his attorney, Holly S. Hanover, moves this Court for an order to Shorten time for the filing of the Motions to Dismiss, and to Suppress Statements to eleven (11) days, because counsel was out of the district between March 18, and March 21, and had planned on finishing the motions between March 22 and April 3, but unfortunately, counsel became sick with the flu for several days during that time, and was unable to complete the filing on Friday April 4 as planned. Counsel worked over the weekend to catch up on the research and writing, and did everything possible to get the filing done as quickly as possible.

                                                                    **Respectfully submitted,**

**Dated: April 7, 2008**                      s/ *Holly S. Hanover*
                                                                    Attorney for Mr. Arnold
                                                                    E-mail: Netlawyr@aol.com