HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON.  LARRY A. BURNS)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**JORDAN ARNOLD,** )<br>    **Defendant.** )<br>)<br>_____ ) | **CASE NO.  08cr0274-LAB**<br><br>**DATE:  April 18, 2005**<br>**TIME:  10:30 a.m.**<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age.  My business address is 1016 La Mesa Ave., Spring Valley, CA, 91977.

I have cause the service of the Motion to Shorten Time.  The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Christopher P. Tenorio | Christopher.Tenorio@usdoj.gov,<br>efile.dkt.gc1@usdoj.gov,<br>helaine.curtis@usdoj.gov |

**Respectfully submitted,**

**Dated:  April 9, 2008**         s/ _Holly Hanover_
Attorney for Mr. Arnold