7

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JORDAN ARNOLD,<br>    Defendant. | CASE NO. 08cr0274-LAB<br><br><br><u>**ORDER**</u> |

Upon motion to the Court by the defendant, Jordan Arnold, through his attorney, Holly S. Hanover, and good cause shown;

**IT IS HEREBY ORDERED** that the time to file the Motions to Dismiss the Indictment and Suppress Statements on behalf of Mr. Arnold is shortened and may be filed no later than April 10, 2008.

**SO ORDERED.**

DATED: April 8, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge