```
HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v.<br>JORDAN ARNOLD,<br>　　　Defendant. | CASE NO. 08cr0274-LAB<br>DATE: April 18, 2005<br>TIME: 10:30 a.m.<br>DECLARATION |

I, Jordan Arnold, hereby swear that the following is true **to the best of my recollection:**

　　1) My full name is Jordan Lemarr Arnold,

　　2) On October 12, 2007, at approximately 12:50 to 1:00 a.m., I was arrested in the above numbered case.

　　3) Agents did not attempt to question me until approximately 4:40 a.m.

　　4) I was very groggy and sleepy when they interrogated me.

　　5) Agents asked me why I thought they had arrested me before they informed me of my rights to remain silent and to have an attorney, and I responded to those questions.

　　6) When agents finally did inform me of my right to remain silent and to get an attorney at approximately 4:40 a.m., I told them that I wanted to follow my mother's advice and get an attorney.

　　7) When I told agents I wanted follow my mother's advice and

get an attorney, the officers told me (to the best of my recollection) that, "Moms can either hurt your or help you. It is up to you, man".

8) The agent's words made me wonder what he meant by that.

9) In my tired state, I thought he was telling me that I was making a mistake by asserting my rights.

10) My confusion over what was going on and what he said to me made me ask him what I believed to be a hypothetical question about the types of questions he was going to ask me.

11) As soon as I asked the hypothetical question of him about the types of questions he was going to ask me, the officers began questioning me again.

12) This questioning persisted and I responded to those questions, but no agent or officer ever told me again or reminded me about my right to remain silent or have an attorney present for questions.

13) I do not ever remember being given a document to sign to waive my right to counsel or remain silent.

**I hereby swear the above is true to the best of my recollection.**

**Dated:** 4/11/08

*Jordan Arnold*