HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORDAN ARNOLD, ) <br>     Defendant. ) <br> ) | CASE NO. 08cr0274-LAB <br><br> DATE: April 18, 2005 <br> TIME: 10:30 a.m. <br><br> CERTIFICATE OF SERVICE |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 1016 La Mesa Ave., Spring Valley, CA, 91977.

I have cause the service of the defendant's declaration in this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Christopher P. Tenorio | Christopher.Tenorio@usdoj.gov, <br> efile.dkt.gc1@usdoj.gov, <br> helaine.curtis@usdoj.gov |

                                             **Respectfully submitted,**

**Dated: April 17, 2008**              *s/ Holly Hanover*
                                             **Attorney for Mr. Jordan Arnold**
                                             **E-mail: Netlawyr@aol.com**