```
KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California  92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.  08CR0274-LAB |
| Plaintiff, | ) DATE:    April 23, 2008 |
|  | ) TIME:    10:00 a.m. |
| v. | ) |
|  | ) NOTICE OF DRAFT TRANSCRIPT OF |
| JORDAN ARNOLD, | ) INTERVIEW OF DEFENDANT |
|  | ) |
| Defendant. | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and hereby files notice of draft transcript of interview of Defendant.

//
//
//
//
//
//
//
//
//

**I.**

**INTRODUCTION**

This court previously scheduled an evidentiary hearing for Defendant Jordan Arnold's motion to suppress statements. On April 17, 2008, Government counsel learned of, and received, for the first time, an audio recording of the arresting agents' interview of Defendant on October 12, 2007. The Government provided the audio recording to Defendant on that same date.

Also, in anticipation of the hearing, the Government has produced the attached transcription of the interview - providing a verbatim account of almost the entire interview, except where indicated by jumps in time. The Government believes that parts not included are inconsequential to Defendant's motion and will not be relied upon by the Government at trial. The transcript was produced in an effort to allow the hearing to timely proceed as scheduled. The Government apologizes for any inconvenience to the court and defense counsel for its late production.

**II.**

**CONCLUSION**

As indicated above, the Government respectfully provides notice of a draft transcript of Defendant's interview.

DATED: April 21, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0274-LAB |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| JORDAN ARNOLD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **GOVERNMENT'S NOTICE OF DRAFT TRANSCRIPT OF DEFENDANT'S INTERVIEW** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Holly S. Hanover, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008

Respectfully submitted,

*s/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

08CR0274-LAB