Interview of Jordan Arnold
October 12, 2007

Key:

      JA:     Jordan Arnold
      DG:    Dewayne Glazewski
      JR:     Josephina Regula

4:00

DG:    We got done talking to Heather.

JA:     I know Heather.

DG:    And "Bubbles"

JA:     Ashley . . .

DG:    They told us a little bit about what's going on here.

JA:     Mmm hmm.

DG:    And, um, Ashley - Ashley, actually said that she asked you to help her out.  That true?

JA:     What do you mean?

DG:    Driving her around . . . you know, that type of thing.

JA:     I'll drive, yeah, I'll drive my friend around any time they need a ride, yeah.

DG:    Mmm hmm.

JA:     Anytime.

DG:    All right, anyway, that's what this is all about.  That's why I want to talk to you.  Ok? All right, with that, though, I want to read you your rights, ok? You know that.

JA:     Ok.

4:54

DG:    Ok.  You have the right to remain silent.  If you give up that right to remain silent, anything you do say can and will be used against you in a court of law.  Do you understand that right?

JA:     Mmm hmm.

DG:    Ok.  You have the right to speak to an attorney of your choice before questioning and have your attorney present during questioning if you so desire.

1

JA:    I have an attorney.

DG:    You do?

JA:    Yeah.

DG:    Ok.

JA:    . . . I don't know what his telephone number is, though.

DG:    Alright.  Why would you have an attorney?  I'm just curious (laugh).

JA:    Because - there's a -  there's another - there's a case pending right now.

DG:    There's a case pending on you?

JA:    Yeah.

DG:    Is it drug related?

JA:    No, not at all.

DG:    Which one is it?

JA:    It's for fighting.

DG:    It's for fighting?

JA:    Mmm hmm.

DG:    Where?

JA:    In Encanto . . .

DG:    . . . So is it battery, is it, is it assault with a deadly weapon, or . . .

JA:    No, it's . . .


5:53

DG:    Ok, so you going to talk to us about this or, or, or are you just going to choose to talk to your lawyer, or whatever . . .

JA:    I should . . .

DG:    It's up to you man, I mean, I mean, if you want to clear your name, clear your name - right now, this is the time to do it.

JA:    My moms tells me, no matter what, get an attorney.  No matter what.  So, I guess I should just listen to a mom's intuition.

DG:    Ok. All right.

JA:    But I would, but, I would talk, but I'm gonna listen to my moms.

2

DG:   Ok, well tonight you're being booked . . .

JA:   Uh huh.

DG:   Ok, and it'd be for pimping, pandering, ok?  And prostitution - facilitation of prostitution. You understand that?

JA:   So . . . you say if you drive somebody around . . .

DG:   No, dude, there's a lot more to that than this, ok? 'Cause we got done talking to a lot of girls, ok?

JA:   Mmm hmm.

DG:   . . . not just Ashley, not just Heather.  But we've talked to a lot . . . Look at this packet, man.  This is yours. . . ok?  This is not coincidental tonight.

JA:   Mmm hmm.

DG:   None of this was coincidental, babe.

JA:   Ok.

DG:   Do you understand that?

JA:   Yes, sir.

DG:   Ok. All right, we've been working on you for quite a while.

JA:   Mmm hmm.

DG:   All right? All right, well, I just wanted to let you know that.  All right, so . . . I mean, it's not a big deal.  I mean, you have your right.  I'm not - I'm not gonna deny that for you.  I understand if you don't want to talk to us, it's fine.

JA:   I, I, I do want to talk, but . . . I'll just listen to moms.

DG:   Well, moms can either hurt you or it can help you, it's up to you, man.

JA:   I don't think that it would hurt, though . . .

DG:   It's entirely up to you, . . . it's up to YOU - not your moms.  How old are you?

JA:   19.

DG:   That's right . . . you're a man now?

JA:   I, I, I consider myself still growing up.

DG:   That's right.

JA:   That's what I consider.

DG:   You are, you are.  I'm not saying you're not, but you're into manhood now.

3

JA:     Mmm hmm.

DG:     Ok. Have you been booked into the big house yet?

JA:     Nah.

DG:     Ok.

JA:     I'm not a bad kid or nothing.

DG:     Well, you know, I'm not saying you are, you may have made a mistake or something, something you shouldn't have, but it happened.  That's what this whole thing is about . . . ok.  Alright, so . . . hang on . . . I mean . . . Did they already take photos of you?

JA:     No.

[Photos taken]

. . .


8:42

DG:     Ok, we're gonna let you go about your way, but we're gonna, we're gonna, we're gonna book you.

JA:     How, like, when would we be able to talk with an attorney, and stuff?  Like, when?

DG:     It has to be after arraignment.

JA:     After arraignment?

DG:     Yeah, after you get arraigned for this charge. Ok?

JA:     . . . like tomorrow, or whatever . . . whatever, we could just talk.

DG:     That ain't gonna happen, bro.  It ain't gonna happen.

JA:     What would I achieve by talking to you right now?

DG:     I'm not forcing you to talk.

JA:     - Nah, I'm not - I'm just asking - I know, I'm just asking what would be achieved by talking to you right now?

DG:     Well, I, you know, maybe you could corroborate or not - or, what's the word I'm looking for (laugh) . . . I'm so damn tired . . . um, you know, some of the things that they were saying maybe you could talk about - you know, I don't know . . . but I know this - we've got statements from both of them.

JA:     Mmm hmm.

4

DG:     . . . and it's not looking good.  That's all I can say.  But, it's up to you.  I mean if you want to dispute it or not, that's ENTIRELY up to you.

JA:     Well, we can see what the statements are, just . . . see what the statements are . . .

JR:     Let's not waste any more time, let's do it.  Is Chappie gonna book him?

9:58

JA:     . . . yeah, if I feel like it's too weird, or whatever, I could just be like, ok, I'll just wait for an attorney . . . if I feel like it's weird like that . . . I might as well - man, I just want to see, like, what - I just want to see what you all have to ask - what you all have to say.

JR:     And, so you do want to talk to us?

JA:     I want to see what you all have to say.

JR:     Well, we're not going to say-

DG:     We're not saying anything.  We're gonna ask you questions (laugh).  So we want YOU to talk.

JR:     We already said what we have.

DG:     I mean, I'm not gonna tell you to spill out this whole thing.  I'm gonna talk about what we, what we know, but, I'm gonna ask you questions about it.  I mean, is that ok?

JA:     I wanna know what you all believe to be the exact thing that's happened here.  That's what I wanna know, 'cause . .

JR:     I believe the exact same thing that is gonna happen . . .

DG:     Honestly, . . .

JR:     Ok, you go first.

JA:     That's just . . .

DG:     Ok, based on what we have so far . . .

JA:     Mmm hmm.

DG:     I believe that you're pimping these girls out.

JA:     Mmm hmm.

DG:     Ok, now - you may not call it that - but we do, and I've been doing this 18 years.  Ok, so I know what I'm talking about.

JA:     Mmm hmm.

5

DG:   And I know what we have - ok, and that's what we're looking at - honestly.

JA:   Mmm hmm.

DG:   Alright, you may not have KNOWN that this is wrong - but, then again, I don't know if you know that it's wrong, or not.

JA:   All right.

JR:   And maybe it wasn't even YOU who started it.  Maybe, we also believe that there is some people involved, and . . . there was someone else who started it, and you, unfortunately, got stuck in the middle of this stuff, and now you're the one that's sitting here handcuffed and your buddies are not - so, that's basically the gist of us, right?

11:47

JA:   So pimping, in your, in your, in your opinion is . . . what is, what is pimping in your opinion?

DG:   Well, what's pimping in your definition, man?

JA:   I mean, forcing someone to do things they don't even want to do, and . .

DG:   Come on . . . That's not true.

JR:   No.

DG:   It's a whole new different day and age, buddy.

JA:   What does that have to do, like . .

DG:   Hmm?

JA:   Like, I feel like . . .

DG:   I want you to tell me what you think your definition is.

JA:   I feel like, I feel like if someone wants to do something, they're gonna do what they want to do - that has nothing to do with me - that has nothing to do with me.

DG:   Alright, ok.

JR:    . . . Unfortunately, the statutes and the law doesn't really agree with that. . it says - you're the expert on what the elements . . . you want to explain it to him?

DG:   The elements of pimping?

JA:   Mmm hmm.

DG:   Oh, helping, persuading, facilitating, transporting, earning, . . .

6

JR:     . . . financial holder

DG:     - yeah, that happened.

JR:     . . . buying stuff.

DG:     . . . that did happen.

JA:     I'll definitely - like that's to me is - what you're saying and stuff, that you'll do for anybody - I'll do that for anybody - any friend of mine - I'll do that for anybody.

JR:     Is that - when you do it for anyone, is that going to land you in jail?

DG:     How old are you, brother?

JA:     19.

DG:     Ok, how old were these girls?

JA:     Uh, 16.

DG:     Is there a problem there?

JA:     Not, to like - not to me.  In my opinion, no there is not.

DG:     So you're going to take a 16-year old to a strange hotel with a strange person in it?

JA:     I don't, I don't know who they meet.

DG:     NO, no, no, no, no, ok?

JA:     Why are you saying "no" to what I . . .

DG:     Let's just cut this out - this part you gotta cut out, ok?

JA:     . . . You can't automatically say. . .

DG:     I don't need to automatically say- I know, because I've been told by two girls here, what's going on. Ok, I'm not stupid.  What do you think you've been sitting out there for so long?  Where do you think we were?  We were in here talking to them.

JA:     You continuously asked them questions and persuade them to . . .

DG:     No, there is no persuasion - you know what?  That's not the point here.

JA:     I know it's not.

DG:     The point is - the point is this - You were, you were driving them - you're contributing to a minor, if anything, correct?

JA:     You guys - you guys . . . like I'm doing something bad.

DG:     Well, you're doing wrong.  You're not - it's first of all, let's cut the "bad stuff" out, right?

7

JR:     -Yes.

DG:     Let's cut the "bad stuff" out.  Ok, we want to correct . . . mistakes.  Ok, I'm not saying you're a bad person. I'm not saying that you are a bad guy - you're probably a very nice guy.  As a matter of fact, they had some nice things to say about you.

J:      Mmm hmm.

DG:     Ok, so I'm not saying you're this gorilla pimp that's beating the shit out of them, or anything like that. Ok, and I'm sure you know the term.


14:57

DG:     Tell me you don't.

JA:     The term for me is . . .

DG:     Tell me you don't know the term "gorilla pimp."

JA:     I don't know the term . . .

DG:     Come on, man.

JA:     . . . That's why I consider myself . . .

DG:     You've heard the word "gorilla pimp" before.

JA:     I've heard the word "pimp" before. . . I don't know what that attachment . . . I could assu- I could make a logical - I could hypothesize

DG:     What do you think?  Hypothesize.

JA:     Like, someone who's super mean - like, like, very aggressive.

DG:     Ditto.

JA:     That's what I would assume.

DG:     Ditto.

JA:     That's the logical thing . . .

DG:     Well, then you're a bright man.  Ok?  'Cause that's what that means.  But that's not what I'm calling you.


15:40

JA:     You shouldn't be calling me a pimp either . . . you shouldn't be calling me that either.

DG:     No?

8

JA:     No.

DG:     What should I be calling you?

JA:     A, a "friend." That's all that . . .

DG:     Ok, "friend."

JA:     I mean if you wanted to go somewhere, and I actually knew you, I would drive you to where you wanted to go. . .

DG:     And would friends let friends . . . wait, wait . . .

JR:     Now would you drive him if you knew he was going to go do a robbery at some liquor store, and says, "hey, you know what, Demi, drive me to a liquor store because . . .

DG:     . . . you're my friend!

JR:     . . . you're my friend. Hey, but I'm gonna tell you this because you're my friend, I'm a little short on cash - I just need you to drive me 'cause I'm gonna go assault these people and take their money, and you better drive fast when I come out of the liquor store, 'cause you're my friend, right? You're gonna do it for me?

JA:     Well I'm, what I'm, what I'm gonna try to do is provide in any way I can, for him, so he doesn't have to do all that.

JR:     Sounds to me like we're going to be doing the liquor store heist pretty soon.

DG:     (Laugh)

JA:     So I . . .

DG:     No, wait, wait, wait . . . I don't mean to laugh or anything like that, but . . .

JR:     I know, I'm just fucking with you.


16:37

DG:     But this is - what you're saying is - you're minimizing what's going on here, ok.

JR:     And, you know, there's nothing wrong with that because - you know what, I don't think you're a bad guy. I'll be quite honest, you know what, these little girls, they come out of the street, they decide they want to play big girls, "I want to go out, I want do all this stuff," they find some jack - jamoke like you - and I'm not saying it in that way - who's a nice guy who's like, "All right, I can help you" and now, you're jacked. Ok? And this is where you are. You're handcuffed, because the law says this is the elements of what

makes a pimp, or, this is - that's not true - not to make a pimp - this is the elements of pimping, which is the violation. Transporting and holding people's money. You know, doing this kinds of things. So now, we're there, so, it's like, "all I wanna do was . . . ," I mean, let's say that you said, "yeah, I'm doing this," right? dadadadada . . . you know what? You would save us a heck of a lot of time and effort, and we'd be like, "ok, you know what? You just saved the government lots of money. The FBI doesn't want to pay me to be sitting here, talking to this, and going to court, you know, if I could be doing some other case. You know, we'll tell the D.A., "yeah, you know what, he didn't accept this, but, you know what? He's also wanting to help us," because we know for a fact, I don't think you're the victim. I mean - and I don't mean that insultingly, ok?

JA:    I'm not offended at all.


18:03

JR:    Ok - whatever. I think that there's other guys that you associate with, that you might even know, that, you know what? "These guys are bad guys, I'm just kind of like, in the middle of this stuff." So, if that's the case - I mean, I don't know about you, sweetie, but, you're 19 years-old. I'm forty-something. And let me tell ya, if I had a chance to save my skin, you know, because those guys aren't going to be the ones sitting in County Jail tonight and tomorrow, let me just tell you, ok? I would be saying, "you know what? I, I know this stuff. I'll give you this information. Can you take it up to consideration. Can you tell the D.A. that, one, I was truthful, two, that I was cooperative with you, and don't, I don't want to go away to jail on some pimping charge where I just got hooked up with the wrong elements - you know what? And if that was the case, tomorrow you wake up, you do your thing, and you say, "I like my friends, but I gotta watch what I'm doing with my friends," because I don't want to be in a position where I'm sitting next to those two jamokes - and they're sitting there telling me, "these are the elements of pimping." You know what I mean? I don't know, but that's something that you, if you have to be quiet, you know, I think you've have decided you want to put a stop to this - I'm just telling you what I've seen with numerous people that we've arrested, so . . .

10

19:18

JA:     You've just read off three things - you just gave me three comments, and I believe I am
        cooperating, like, like, when you said, go up there, they want to do this, this, and this,
        you wanna be seen as this, this, and this - and I still believe I am saying this, this, and
        this, even without making any comments, or whatever, 'cause that's - I was only trying -
        I was not trying to do nothing - I'm not try- I'm still not trying to do nothing that can be
        deemed as bad.  I'm not trying to do nothing like that.

JR:     No, I didn't say you were TRYING to do it, I said you got jacked up in it.  I said, you
        seem like a nice guy.  You're going these favors for these girls that come out here and
        ask you to do this.  You know, they're pretty cute, they're nice, they look a little, like lost
        . . . and they're like, "hey, you know what Demi, can you do this for me," . . . and they're
        so flippin' cute . . . "Ah, sure, why not? Come on, let's go for a ride, I'll give you a ride."
        . . . and when you do that kind of stuff, who's the one that's getting jacked up?

DG:     Hey dude, are these girls, are these girls your friends, or are they your "girlfriends"?

JA:     No, they're my friends.  Uh, Ashley's the closest thing to being my "girlfriend" . . . but
        they're my "friends," though. . . . like, before that, they're my "friends." . . . There's a lot
        of things I would do for a lot of people, even if I didn't even know them.  I would do, I
        would do whatever I could to assist my fellow man, assist my fellow anybody.  If I think
        it can help, I'm gonna try and do it. . . . so that's what I do.


20:47

DG:     Did you finish high school?

JA:     Mmm hmm.

DG:     Where did you go?

JA:     Mission Bay.

DG:     Mission Bay?

JA:     Mmm hmm.

JR:     . . . going to school?

JA:     Not this semester, but that last semester - I'm going next semester too. . . San Diego City.

JR:     Oh, ok.

11

JA:     Yeah, digital audio.

. . .


21:24

. . .

DG:     Where did you meet Ashley?

JA:     At a party after one of my shows.

DG:     Where at?

JA:     I don't remember where it was at . . . there was, there was this party.

DG:     You don't remember where it was at?

JA:     No.  It was after one of my shows.

DG:     Now, did you meet Heather before Ashley or did you meet Ashley before Heather?

JA:     I met Ashley before Heather.

DG:     You did?

JA:     Mmm hmm.

DG:     Now, Ashley says that you - that she was introduced through you to Heather.

JA:     I don't know . . .

DG:     How did you meet Heather, then?


22:00

JA:     Mmmmmmm . . . . I don't remember. . . Uh . . .

JR:     We're here to help you, come on!

JA:      . . . I really don't remember . . .

JR:     Oh, dear Lord! You know, we can't help you if don't -

JA:     No, for real - no, for real . . . I don't remember how I met her. . . but, they're all my friends.  I look after them, just like they look after me. . . . these are my friends. . . . I mean, . . . . these are my friends, it seems you all are coming after me, like . . .

DG:     A 15-year old and a 16-year old are your friends?  How old are you, brother?

JA:      . . . in high school, there's a four-year difference in high school. . .

DG:     Mmm hmm, you're not in high school.

JA:     But I'm, just out of high school . . . .

DG:     You're not in high school, bro.

JA:     Ok. . . . a four-year difference . . . I'm used to being acquainted as a Senior with
        Freshmen. . . . I'm friends with everyone . . .

. . .

[Reviewing pictures]


25:50

JA:     I'm not trying to do nothing bad . . . It feels like you all are looking at me like, "ah, he's a
        criminal - he's bad, he's superbad."

JR:     Who's looking at you that way?

JA:     I'm just saying . . . that's how it feels.

DG:     That's because we're cops, and you're sitting over there.  That's all. That's all this is.

JR:     Now I feel guilty, like a "bad cop."

DG:     Me too.

JR:     You make me feel bad.

DG:     I'm being accused of . . .

JR:     I'm just sitting here, I'm trying to talk to you - and actually being very truthful to you -
        you know, this is what I'm feeling - you kind of got jacked up - . . . I'm just saying, you
        know what, I've been up more than 24 hours by now, I'm tired.  I'm just trying to listen
        to you, but, you know, if you really don't want to talk, all you wanna say is  . . . "Uh, I
        feel like I'm being jacked up . . I'm really tired, I want to go to sleep."

JA:     But, I mean . . . you believe that

DG:     Believe what?

JR:     But, who cares?

JA:     What do you mean, "who cares?"

JR:     No, let me tell you this - it doesn't matter what I believe.  The only thing that matters is
        what you want to say - do you want to clear your name and say, "this is what I know," or
        do want to just say, "you know what, 'F- it', I want to go, and just, you know, 'leave me
        alone,'" - because, really, what do you care what I believe?  I'm, like, nobody.  He's,

like, nobody. We're just - He's REALLY nobody (laugh). You know, we're just sitting here, we're trying to do our job, but really, what do you care? I mean, it's like . . .

JA:    What I care . . .

JR:    The facts are the facts. And that's what we're facing. We're just . . .

DG:    Now I know for a fact that . . . this is not coincidental

JA:    As in, how like? How? Yeah, how like?

DG:    'Cause you're minimizing this shit that you're in right now. Ok? You are, you are, minimizing . . .

JA:    You all are MAXIMIZING . . .

DG:    You think - you think you're not, and you think you're clean.

JA:    I don't know that . . .

DG:    Ok? And I know that YOU'VE been talked to on several occasions out . . .


28:05

DG:    This is not coincidental, brother. You see it?

JA:    Yeah, . . .

DG:    That's your package.

JA:    . . . papers . . .

DG:    That's your package. Trust me, that's your package.

JA:    (Laugh) Ok, like, like to me . . .

DG:    I mean, we've been building a case on you. We've been building this case. Ok? That's what this is about.

JA:    Ok.

DG:    And it's no coincidence. And I'm not, I'm not gonna sugarcoat this man, I'm telling you this right now -

JA:     . . .

DG:    and what I, what I, what I think this is, is, right now, and I think you do know some of it, ok? You know the game. All right, we've seen some of the text messages . . .


[Off the record discussions among officers]

14

31:46

JA:     . . . get me in trouble . . .

JR:     No, no, no.  I don't want you to get people in trouble for the sake of getting people in trouble.  Then, that would be us linking this stuff up, and . . .

DG:     I ain't making anything up.  And I told you I'm not gonna sugarcoat it, 'cause, you know what?  I, I honestly believe you know what this is.  I do.

JA:     Ok. . .

DG:     And a minimum point, I don't believe you think it's a bad pimping choice, ok?  I really do believe you know what pimping is, ok?

JA:     I know what it . . .

DG:     Hell yeah you do!

JA:     I know what it means . . .

DG:     No, you know what it IS.

JA:     I know, I know I'm not doing what you perceive it to be.  I know, I know . . .

DG:     Then tell me what you're doing.

JA:     I . . .

DG:     Then tell me what you're doing.

JA:     I'm assisting friends do what they want to do.  If I want to do something - if I were to go . . .

DG:     Then tell me something, this, "friend," if I was to want to do drugs, you're gonna ask me, you're gonna take me to a drug dealer?


32:40

JA:     Why would I take you there?

DG:     That's the same thing!  You're taking juveniles over to a freakin' hotel to go meet some john!

JA:     I personally believe, though, I personally believe that that junk is bad - I personally believe that doing drugs is bad.  If I . . .

DG:     Ok, but doing prostitution isn't?

JA:     It's not prost- if you're willingly doing something . . . that's like . . .

15

DG:    - and two consensual adults? Is that what you're saying?  Two consensual adults?

JA:    It's like consensual step - like if two people really want to do something, those two people . . .

DG:    . . . like you and Heather.  Consensual.

JA:    If, if we wanted to do something. . .

DG:    But, you did.

JA:    . . . it would be consensual that we . . .

DG:    Well, was it consensual or not consensual?

JA:    Well you, what, what?

DG:    Sex!

JA:    Who said that?  Who said . . .

DG:    Did you have it or not?

JA:    Who said I did that?

DG:    Oh, God!

JA:    I'm just . . .

DG:    Is it consensual?  Is it ok?

JA:    It's ok . . .

DG:    -Yeah, it's ok!

JA:    You look at me like, "ok, you want to be, you want to be . . .," ok, like anybody, any two people on Earth . . .

DG:    That's what I'm talking about, ok, so, there you have it.

JA:    So how, ok so you're . . .

DG:    Ok - no - so you're saying to me that it's ok for two people . . .

JA:    . . . who agree . . .

DG:    . . . of opposite sex . . .

JA:    . . . it doesn't matter to me . . . honestly, to me, it doesn't matter.

DG:    Ok, even if they weren't opposite sex - whatever!  Ok. -to go to a hotel and pay for it, and all this other stuff, and have sex.  It's ok?

JA:    It's, it's, highly understandable . . .

DG:    That's your belief, right?

16

JA:    Yes. . .

DG:    Ok.

JA:    It's highly understandable if people want to do something like that . . .

DG:    Ok.

JA:    . . . that's what they're doing - you can't stop people from doing what THEY want to do.

DG:    You ok?

JA:    Why would you . . .

DG:    She's your friend.

JA:    Why would you want to stop someone . . .

DG:    She's your friend!

JA:    Ok. Yes, she is my friend.

DG:    You're going to let her go, just, go suck some dude's dick?

JA:    If that's . . . what do you do it like - what, like you're making it seem like she doesn't want to. . . and this is really bad for what she does.  Like, if she wants to do something, she's gonna do it.

DG:    And you're gonna assist her to do it?

JR:    If you had a little sister, would you let her do it?

JA:    I don't have a little sister, so . . .

JR:    If you HAD a little sister . . .

DG:    Oh . . . IF . . . the word "if" in. . .

JR:    IF you had a little sister, would you let her go do that?

JA:    If . . actually . . . I don't have a sister . . .

JR:    If she wants . . . well look, hey, I'm your little sister, I am 13 years-old, and I'm telling you I'm going to go suck his dick.  You're gonna say it's ok, because I'm going to do it!  And I'm saying it's consensual.

JA:    If it's consensual, you can't stop . . .

JR:    Oh, you're a . . .

JA:    If it's consensual right now - ok, so you're - if you wanted to do something with him right now, I'm couldn't say nothing . . .

DG:    All right,  just so I'm clear on this - ok, just so I'm clear - I think I've got this finally.

17

I'm not sure, but I think I got it. All right, so Ashley and Heather both have asked you kind of to be on their side just to take you places - take them places - to hotels and such. Correct?

JA:     Ok.

DG:     Is that what this is?

JA:     Ok.

DG:     Because they want to have consensual sex with . . .these people.

JA:     Whatever they decide, dude.

DG:     Ok, so, so you knew of them - what they're doing - what they like doing.  Correct?

JA:     I'm never - I could never be 100% sure of that because I was never around. . . . I'm never for that . . .

DG:     . . .See, that crap is going to get you in a whole lot of trouble, right there.

JR:     Well, what about when they give you the money?

JA:     How does that get me in trouble?

DG:     Because you are just talking about it! You're the one that brought up consensual sex and shit.

JA:     No, 'cause you got me talking 'bout pimping - what does it mean to me

DG:     Well . . .

JA:     . . . and what does it mean to you.

DG:     Oh. . . .oh yeah, but you're talking about two people having consensual sex, right?

JA:     Ok, I was pimping . . . 'cause I'm, I'm going off of the information that you gave me.

DG:     (Whistle) You're killing me, dude.


36:08

JA:     You're killing me! (Laugh)

DG:     No, no I'm not.

JA:     I'm going off of everything you're going off of - like, everything I say is off of your guys's words.  It's off of your guys's words.

DG:     It is?

JA:     Yeah.

18

DG:    That was your definition of pimping.

JA:    It's YOUR definition.  Remember I, I - you tried to ask me, and I asked you what it is. And you're talking about "gorilla pimping" and stuff, and I was like, I don't even know what that is . . .

DG:    Look, I'm not going to argue with you, ok? Because I just told you, I think you know what, exactly what this is all about.

JA:    Just told me?

DG:    You already know what these girls do, right?

JA:    Like, like, I mean, I could guess . . .

DG:    No, you don't need to guess.  You know!

JA:    You never know.

DG:    Mmm, yeah, we do know.

JA:    Anybody could, anybody could be . . .

JR:    Why would they come and give you money after they leave each hotel room if, I mean -

JA:    They said . . . who said they do that?  All the time?  who said that?

JR:    They give you money ALL the time.

DG:    Do you have his phone?

JA:    They don't do that all the time.

DG:    I'm trying to look for the phone.  Do you have it?


36:03

JA:    Nah, I don't have it.

DG:    Who has it?

JA:    Uh, it was impounded or something.

DG:    Huh?

JA:    Impounded or something.

DG:    Well, guess what?  We have a lot of text messages on you.

JA:    Ok.

DG:    Ok. You know, "hurry up, bitch" and all this other stuff - I mean it's just - all that's crap that's coming through these phones, it's just going back and forth, so you already know

what they're doing.

JA:   So, you're . . .

DG:   So don't fucking lie to me!  Ok, I'm getting sick of it!

JA:   . . . nobody's lying . . .

DG:   You're lying to me!  You know what, you're lying to me.  I don't like liars.  That's my, that's my worst thing - worst case scenario there.

JA:   My question is, what have I lied about?

DG:   You're minimizing this whole thing, and you're lying about the text messages, and you're lying about, you're lying about them having sex and knowing about it.

JA:   What am I lying about?

DG:   . . . with these people, in the hotels, and stuff like that. Ok?

JR:   You're lying about -

DG:   You're telling me you don't know when you do know.

JA:   I can't -

DG:   - that's a lie!

JA:   I'm not lying about -

37:56

DG:   Ok, well then let's not, let's - I'm sorry, let's not make it a "lie," let's make it a . . . um . . . . you're "withholding" it, ok?  You're withholding it.  I don't know why . . .

JA:   So, . . .

DG:   If you think it's ok, then fucking say it.  Is it ok, or not?

JA:   I already told you it's ok if two people consensually agree . . .

DG:   Alright, so, then Ashley and Heather are having this consensual sex with these guys in hotels.  You already know that!  Correct?

JA:   I assumed that much.

DG:   You don't need to assume it, you already know it!  And this much we do know . . .

JA:   You never do know . . . I don't know what they do, what they . . .

DG:   Ok, what didn't you know - or what did you know, about all that.

JA:   That I, that I could assume that -

20

DG:    - Uh uh.  Forget assume!  'Cause that makes an ass out of you and me.  Ok?

38:46

JA:    Well, I can't see - like I'm saying, like if I was inside the room and I was watching people do stuff, that's when I can say, yes, definitely this is definitely what happened, definitely.  Definitely.  If I'm not inside the room, I can't say, hey, this is definitely . . .

DG:    - so, so, Ashley goes inside and sucks some guy's cock, right? - I'm going to be blunt with you.  Ok, comes back out here and says, 'yeah, I just sucked his cock, and here's the money.'  What are you going to say?

JA:    I'm a, I'm a believe what she says, but that doesn't mean that I know for sure that she did that.

DG:    (Laugh).

JA:    I'll believe . . .

DG:    Bullshit!

JA:    How's that bullshit that I believe . . .

DG:    Friends talk, buddy.  Friends talk, amongst each other.  You don't just go drive her to a hotel, she comes out and she does say, "uh, you know that white guy had a small dick!"  And I'm sure you guys laugh about it.

JA:    What's there to laugh about, about someone's . . .

DG:    Come on!

JA:    . . . personal anatomy.

DG:    Ah, shut up.

JR:    Ah - just stop it.

DG:    I don't even want to hear it now.  I'm giving you a scenario, ok?

JA:    Ok.

DG:    That was just a hypothetical thing, but I know friends talk amongst each other when they're in cars together.  Correct?

39:46

JA:    It often happens . . .

DG:     Now, and I'm sure they've got some stories to tell you when they come down from these places, you know, and they go, "God, that guy wanted to do this - this - that." Right? I mean, c'mon, let's be honest here -

JA:     I'm telling you . . .

DG:     Let's be honest here.

JA:     . . . whatever, ya'll don't understand what I'm saying.

DG:     What?

JA:     Ya'll don't understand what I am saying.

DG:     Ok, well then, godammit, clear it.

JA:     I'm trying and then you get mad when I tell you what it is. Ok, if somebody tells you something happened, you would, you can lie, you could do that with your own mind to choose to believe what they say . . .

DG:     I got that part.

JA:     . . . but that does not mean it really happened. That's what I'm saying.

DG:     (Whistle)

JR:     Are you a Philosophy major?

JA:     Nah.

DG:     Are you trying to be?

A.      No.

JR:     'Cause it . . .

JA:     I consider myself an intellectual . . .

DG:     Are you trying to twist it on me, or what?

JA:     Who's twisting what . . .

DG:     Because, you know, you're not talking to one of your broads here.

JA:     I know you have, alright, you are a detective . . .

DG:     That's right.

JA:     . . . you've been through classes and school, and you are . . .

DG:     Well, you're not, you're not talking to some dumbass.

JA:     Who is . . . wow!

DG:     Well, the way, the way you're talking to me is - no, you're talking to me like I'm some

jerk who doesn't know what I'm talking about. Ok, so let's be real about it.  Let's just get real about it.

40:54

JR:     My perception is that that's what you're doing, though.

JA:     Ok, so, I'm saying . . .

DG:     I mean, give me a little more credit than that.

JA:     I do, you . . .

DG:     'Cause I'm not your broad.

JA:     . . .you're a respected high ranking . . .

DG:     I'm not a female that you're trying to hone in on to, ok? I'm not one of those.

JA:     Oh . . . wow!

DG:     Do you understand that?

JA:     I, wow! Wow, you're just . . .

DG:     Hear me out.

JA:     No, you know you just said, you just made an accusation that I honed in on people, to make them do stuff.

DG:     Look at me and say that.

JA:     You just made an accusation that I hone in on people . . .

DG:     I said I'm not one of those females that you honed in on to, and talked to about, . . .

JA:     I'm not one . . . you're not one of those females that I honed in on.  How do you know that - what the . . .

DG:     What does that mean?  Do you know what that means?

JA:     It means that I'm targeting women to do stuff.  Who targets . . .

JR:     Are you?

JA:     No.

DG:     Oh . . . is that what that meant?

JA:     You said "honed."  "Honed in on" means targeting someone . . .

DG:     Are you assuming . . . are you assuming?

JR:     I think you're assuming.

23

JA:     That's not an assumption.  Honed in . . .

DG:     You're assuming.

JA:     . . . that means you're going in towards one target, one area.

DG:     No, I didn't say one target, I said females - that's plural.

JA:     Ok. Ok, so, it's still one target.  One target being the female gender.

DG:     Female gender? Ok.

JA:     That's what you're saying.

DG:     All right.

JA:     'Cause I know what you just said.

DG:     All right.  Whatever.

JA:     Ok.  That's all I'm saying.  Dang, that's all I'm saying.

DG:     Well, why, why are you having a problem with it?

JA:     I don't, (laugh) you have a problem with it.

DG:     I don't.

JA:     Ok.

DG:     You did - you said, "whoa, whoa - honed in on . . ."  I said, whatever.

JA:     Ok, I did, my bad, whatever.  I did have a problem with that.

DG:     Ok.

JA:     'Cause I'm telling you that I don't, like, that's not what I do - I don't do stuff like that -
        I'm just aiding, or whatever.

DG:     . . . ok. . .

JR:     "I'm just 'aiding.'"  What are you aiding in?

JA:     My friends.

JR:     . . . who desire to be prostitutes.

JA:     Who said that?

JR:     Well, no, I'm just filling in the sentence.

. . .


50:00

JR:     This is bullshit.  We're getting nothing.  He doesn't want to talk, so, let's just go.  Let's

go.  Vamanos.

. . .


52:00

JR:    How much money have you given Ashley's mom?

JA:    I don't know.  I don't know the exact figure.

JR:    About how much?

JA:    Umm, I'd say like $200, and then we're giving her a hundred every week, I'm giving her a hundred every week.

JR:    Ok.

DG:    Of your money?

JR:    Where are you getting that money from?

JA:    I go to work, and I rap, and I sell merchandise.

JR:    No, no, no, I know, but I just, is that where you get money from?

DG:    Sell merchandise?

JA:    Umm hmm.

DG:    From where?

JA:    I go press up shirts and stuff, and jeans and stuff.

. . .


53:10

JR:    How much money do you have that belongs to Ashley, right now?  Because you're holding money that belongs to her.

DG:    (Whistle)

JA:    Nothing.

. . .