**Jordan Arnold Interview 10-12-07**

DET. 1:    Hmmm, I don't know.  I think (overtalking).  Whoever (inaudible).
Oh.  Good morning Jordan.

ARNOLD:    What's going on?

DET. 1:    What's up with you?

ARNOLD:    Oh, lack of sleep, about to get in trouble by (inaudible) 'cause she
can't go to work.  (inaudible) her car.

DET. 1:    Sucks to be you today, huh?  That's not gonna be good.

ARNOLD:    Well my friend...

DET. 1:    Let me tell you this, if you haven't slept, I haven't slept in 2 days.
We're like holy cow.

DET. 2:    Are you staying at the Welcome Inn?

ARNOLD:    No.

DET. 2:    Were you?

ARNOLD:    Before yeah, I did before, I just forgot to turn them in.  And I just
kept my receipts.

DET. 2:    Okay where was the Welcome Inn at?

ARNOLD:    Oh, Mission Valley.

DET. 2:    Hey do you have any idea why you're here?  Did anybody tell you
anything?  You know I'm sorry but I haven't seen you so I don't know.

ARNOLD:    Well they just told me what the accusations are.

DET. 2:    What's the accusations?

ARNOLD:    He say they was prostituting themselves, so then that automatically
means I must be the pimp then.

DET. 2:    Okay well, kinda sorta but not, we're going to get down to that point
okay?

ARNOLD:    Uh-huh.

1    DET. 2:        And again, I'm not going to ask you anything I don't know okay,
2    'cause trust me I've been doing this all night long now, and, and even more so, way
3    beforehand. You see all this here? This is all about you and some of the girls and
4    everything else and, it's just a mess, okay? Tonight was the head of it. It all came to a
5    head, let's just put it that way.
6    ARNOLD:        Okay.
7    DET. 2:        Okay? And is this FRY'S or FYE's? What the heck is FYE's?
8    ARNOLD:        F-Y-E, is like that they have CD's and DVD's and stuff like that, it's
9    like a music store though basically....
10    DET. 1:        (inaudible).
11    DET. 2:        Do you have a job?
12    ARNOLD:        (inaudible).
13    DET. 2:        Oh you probably do huh? I'm sorry, I again apologize
14    ARNOLD:        I understand.
15    DET. 2:        Okay. Do you know, do you have a job?
16    ARNOLD:        Mm-hmm.
17    DET. 2:        Sales rep?
18    ARNOLD:        Yeah.
19    DET. 2:        Chase Bank?
20    ARNOLD:        Yeah.
21    DET. 2:        What do you do for them?
22    ARNOLD:        (overtalking) and we try to make people sign up and apply for credit
23    cards. They usually get something free like a Padre's t-shirt, or something? Or now the
24    season is over, so now they want me to work at Qualcomm.
25    DET. 2:        So it's temporary?
26    ARNOLD:        Like, yeah, basically it's seasonal. Because....
27    DET. 2:        Okay when was the last time you were working for them though?
28    ARNOLD:        Like last week?

1    DET. 2:      Like last week?

2    ARNOLD:      Yeah.

3    DET. 2:      Did you get a severance check or something?

4    ARNOLD:      We get, he said he sent out the checks on Monday.

5    DET. 2:      And you haven't got it yet?

6    ARNOLD:      Not this one.  No. I got paid from there before though.

7    DET. 2:      How long ago?

8    ARNOLD:      How long ago?

9    DET. 2:      Yeah.

10   ARNOLD:      I got, they get paid every 2 weeks, so, I'd say it was like 3 weeks

11   ago?

12   DET. 2:      I'm just asking 'cause I, I see it's, it's in really, really small lettering

13   here so I wasn't sure if that was a true thing or not, anyway.  Alright, anyway yes the

14   accusations are that, (inaudible).  There should be no (inaudible).

15   DET. 1:      Oh it's Jim and Linda.

16   DET. 2:      Anyway, we got done talking to Heather.

17   ARNOLD:      Okay.  You probably (inaudible).

18   DET. 2:      And Bubbles.  Who is Ashley?  The one you know as Bubbles too?

19   ARNOLD:      (inaudible) but everybody calls her Bubbles, lot of people call her

20   Bubbles.

21   DET. 2:      Alright, well, they've told us a little bit about everything that's going

22   on here.  Okay?  And Ashley actually said that she asked you to help her out, is that

23   true?

24   ARNOLD:      What do you mean?

25   DET. 2:      Driving her around, you know, that type of thing?

26   ARNOLD:      Oh I'll drive, I'll drive my friends around any time they need a ride,

27   any time.

28

1    DET. 2:    Alright, anyway that is what this is all about, that's why I want to talk

2    to you, Okay?  Alright, with that though, I'm going to read you your rights, okay?  You

3    know that?

4    ARNOLD:    Okay.

5    DET. 2:    Okay.  You have the right to remain silent, if you give up that right

6    to remain silent, anything you do say, can and will be used against in a court of law, you

7    understand that right?

8    ARNOLD:    Mm-hmm.

9    DET. 2:    Okay.  You have the right to speak to an attorney of your choice

10    before questioning and have an attorney present during questioning if you so desire?

11    ARNOLD:    I have an attorney.

12    DET. 2:    You do?

13    ARNOLD:    Yeah.

14    DET. 2:    Okay.

15    ARNOLD:    Bill O'Connell, I don't know his phone number.  It's in my phone.

16    DET. 2:    Alright.  Why would you have an attorney, I'm just curious?

17    ARNOLD:    Because, there's another, there's a case pending right now.

18    DET. 2:    There's a case pending on you?

19    ARNOLD:    Yeah.

20    DET. 2:    Is it drug related?

21    ARNOLD:    No, not at all.

22    DET. 2:    Which one is it?

23    ARNOLD:    It's for fighting.

24    DET. 2:    For fighting?

25    ARNOLD:    Mm-hmm.

26    DET. 2:    Where?

27    ARNOLD:    Encanto (inaudible).

28    DET. 2:    Is that your phone?

1    DET. 1:      It's my phone, I'm sorry.

2    DET. 2:      So is it battery, is it assault with a deadly weapon?

3    ARNOLD:      No it's battery.

4    DET. 2:      Okay. Alright. Alright, you going to talk to us about this or, or you

5    just going to choose to talk to your lawyer, or what?

6    ARNOLD:      Actually...

7    DET. 2:      It's up to you man, I mean if you want to clear you name, clear your

8    name right now. This is the time to do it.

9    ARNOLD:      My (overtalking) tells me no matter what, get an attorney. No

10   matter what, so I guess I should just listen to my (inaudible).

11   DET. 2:      Okay. Alright.

12   ARNOLD:      I will talk, but I'm going to listen to my mom's.

13   DET. 2:      Well tonight you're being booked, okay? For pimping, pandering,

14   okay and prostitution. Facilitation of prostitution, you understand that?

15   ARNOLD:      So you saying if you drive somebody around?

16   DET. 2:      No, dude, there's a lot more to that, and okay, we got done talking

17   to a lot of other girls, okay? Not just actually not just Heather, but we've talked to a lot

18   of, look at this packet man, this is yours. Okay? This is not coincidental tonight.

19   ARNOLD:      Mm-hmm.

20   DET. 2:      None of this was coincidental (inaudible).

21   ARNOLD:      Okay.

22   DET. 2:      You understand that?

23   ARNOLD:      Yes sir.

24   DET. 2:      Okay. Alright. We've been working on you for quite a while.

25   ARNOLD:      Mm-hmm.

26   DET. 2:      Alright? Alright. I mean it's not a big deal. I mean you have your

27   (inaudible), I'm not going to deny that for you. I understand if you don't want to talk to

28   us it's fine.

1    ARNOLD:    I do want to talk, but I'm just listening to my moms...

2    DET. 2:    Well moms can either hurt you or can help you, it's up to you man.

3    ARNOLD:    How, I don't think it would hurt though.

4    DET. 2:    It's entirely up to you.  Right.  It's up to you, not your moms.  How

5 old are you?

6    ARNOLD:    19.

7    DET. 2:    That's right.  You a man now?

8    ARNOLD:    I, I consider myself still growing up.

9    DET. 2:    That's right.

10    ARNOLD:    That's what I consider myself.

11    DET. 2:    You are, you are, I'm not saying you're not, but you're into

12 manhood now.  Okay?  You've been booked into the big house yet?

13    ARNOLD:    Nah.

14    DET. 2:    Okay.

15    ARNOLD:    I'm not a bad kid or nothing, you know?

16    DET. 2:    I'm not saying you are, I'm not saying you are, you probably made

17 a mistake here, okay?  Then you shouldn't have, but it happened.  That's what this

18 whole thing is about.

19    ARNOLD:    Okay.

20    DET. 2:    Alright.  So, yeah, I mean, did they already take photos of you?

21    ARNOLD:    Hmm, no.

22    DET. 2:    That come out?

23    DET. 1:    No, there was no flash.

24    DET. 2:    Huh?  There was no flash on that one?  Came out better than I

25 thought.  Alright, we're going to let you go about your way, but we're gonna book you.

26    ARNOLD:    Oh, like, when would we be able to talk with an attorney and stuff?

27 Like when?

28

1    DET. 2:    It would have to be after arraignment, yeah. After you get
2    arraigned for this charge. Okay?
3    ARNOLD:    (inaudible) tomorrow or whatever, whatever?
4    DET. 2:    That ain't gonna happen bro, that ain't gonna happen.
5    ARNOLD:    What would be achieved if I talked to you right now?
6    DET. 2:    I'm not forcing you to talk to me.
7    ARNOLD:    Yeah, I'm just asking you, I know, I'm just asking, what would be
8    achieved by talking to you right now?
9    DET. 2:    Well maybe you can corroborate or not, or, or, what's the word I'm
10   looking for?
11   DET. 1:    (overtalking). Cooperate?
12   DET. 2:    You know, some of the things they were saying maybe you can talk
13   about? I don't know. Alls I know is this, we've got statements from both of them, and
14   it's not looking good.
15   ARNOLD:    Okay.
16   DET. 2:    That's all I can say. But it's up to you, I mean if you want to dispute
17   it or not that's entirely up to you.
18   ARNOLD:    (inaudible) see what the statements are, just my (inaudible) see
19   what the statements are?
20   DET. 1:    (inaudible).
21   ARNOLD:    Yeah, yeah if I feel like it's too weird or whatever I can just like
22   okay, I can just wait for attorney, and if I feel like it's weird like that? But I may as well, I
23   just want to see like what, I just want to see what you all have to ask. What you all have
24   to say.
25   DET. 1:    Okay so you do want to talk to us?
26   ARNOLD:    I want to see what you all have to say.
27   DET. 1:    Well we're not going to say….
28

1    DET. 2:    We're not saying anything, we're going to ask you questions.  So
2  we want you to talk.

3    DET. 1:    We've already said what we have.

4    DET. 2:    I'm not going to tell you, spill out this whole thing, I'm going to talk
5  about what we know, and what we (overtalking).  But I'm going to ask you questions
6  about it.  I mean is that okay?

7    ARNOLD:    I want to know what you all believe to be the exact thing that's
8  happened.  That's just what I want to know….

9    DET. 1:    I believe that same thing that's gonna, go ahead you go first…

10    DET. 2:    Honestly?

11    ARNOLD:    That's just what….

12    DET. 2:    Okay.  Based on what we have so far, I believe that you're pimping
13  these girls out.

14    ARNOLD:    Mm-hmm.

15    DET. 2:    Okay?  Now you may not call it that, but we do.  And I've been
16  doing this 18 years.  Okay?  So I know what I'm talking about.  And I know what we
17  have, okay?  And that's what we're looking at.  Honestly.  Alright?  You may not have
18  known that this is wrong, but then again I don't know if you know this is wrong or not.

19    DET. 1:    And maybe it wasn't even you who started it, maybe, we also
20  believe there's other people involved, and maybe there was somebody else who started
21  it, and you unfortunately got stuck in the middle of this stuff, and now you're the one
22  sitting here, handcuffed, and your buddies are not.  So, that's basically the gist of us,
23  right?  So…

24    DET. 2:    The gist of this.

25    ARNOLD:    So pimping in your, in your opinion is (overtalking) what is pimping
26  in your opinion?

27    DET. 2:    Well what's our definition of pimping man?  Come you're not…

28    ARNOLD:    Like forcing them to do things they don't want to do and…

1      DET. 2:        That's not true. This is a whole new different day and age buddy.

2      ARNOLD:        What does that (inaudible)? Like, I feel like....

3      DET. 2:        I want you to tell me what you think your definition is?

4      ARNOLD:        I feel like, I feel like if somebody wants to do something, they're

5   going to do what they want to do, it don't have nothing to do with me. That has nothing

6   to do with me.

7      DET. 2:        Okay.

8      DET. 1:        Reasonable, I think, unfortunately the statutes of the law doesn't

9   really read it that way. It says, (inaudible) expert on the pimping laws, the elements,

10  you want to explain it to him?

11     DET. 2:        The elements of pimping?

12     ARNOLD:        Mm-hmm.

13     DET. 2:        Oh, helping, persuading, facilitating, transporting, earning....

14     DET. 1:        Financial holder...

15     DET. 2:        Holder, yeah...

16     DET. 1:        Buying stuff for (overtalking).

17     ARNOLD:        I definitely, like that's to me, what you saying, that's stuff you'll do

18  for anybody. I'll do that for anybody who is a friend of mine, I'll do that for anybody.

19     DET. 1:        But you know what? Is that when you do a (inaudible) is it going to

20  land you in jail?

21     DET. 2:        How old are you brother?

22     ARNOLD:        19.

23     DET. 2:        Okay, how old are these girls?

24     ARNOLD:        16.

25     DET. 2:        Is there a problem there?

26     ARNOLD:        Not like, not to me. In my opinion no there is not.

27     DET. 2:        So you're going to take a 16 year old to a strange hotel with a

28  strange person in it?

1  ARNOLD:      I don't know, I don't know who they may meet, I don't know who

2  they may see...

3  DET. 2:      No, no, no, no, no.

4  ARNOLD:      How you gonna say no to what I...

5  DET. 2:      This is, cut this out, this part you gotta cut out, okay?

6  ARNOLD:      You can't automatically say....

7  DET. 2:      I don't need to automatically say, I know.  Because I've been told

8  by two girls here, what's going on.  Okay?  I'm not stupid, why do you think you've been

9  sitting out there for so long?  Where do you think we were?  We were in here, talking to

10  them.

11  ARNOLD:      Continuously asking me questions and persuading...

12  DET. 2:      No there's no persuasion there.  And you know what, that's not the

13  point here.  The point is, the point is this, you were driving them, you're contributing to a

14  minor, if anything, correct?

15  ARNOLD:      See you guys thinking like I'm doing it, like I'm doing something

16  bad.

17  DET. 2:      Well you're doing wrong.  You're not doing, first of all let's cut the

18  bad stuff out, okay?  Let's just the bad stuff out.  Okay, (overtalking) correct your

19  mistakes, okay?  I'm not saying you're a bad person.  I'm not saying that you are a bad

20  guy, you're probably a very nice guy.  As a matter of fact, they had nice things to say

21  about you.

22  DET. 1:      Mm-hmm.

23  DET. 2:      Okay?  So I'm not saying that you're this gorilla pimp that's beating

24  the shit out of them or anything like that.  Okay?  I'm sure you know the term?  Tell me

25  you don't.

26  ARNOLD:      No, the term for me  is...

27  DET. 2:      Tell me you don't know the gorilla pimp term?

28

1      ARNOLD:    I don't know the term, (overtalking) that's what I consider myself

2  and that....

3      DET. 2:    Do you rap?

4      ARNOLD:    Yes I do.

5      DET. 2:    You've heard the word gorilla pimp then.

6      ARNOLD:    I, I've heard the word pimp before.  I don't know what that

7  attachment is, I can, I can make a logical (overtalking).

8      DET. 2:    What do you think, hypothesizing?

9      ARNOLD:    Like, somebody that's super mean and like, like, like very

10  aggressive.

11      DET. 2:    Ditto.

12      ARNOLD:    That's what I would assume.

13      DET. 2:    Ditto.

14      ARNOLD:    That's the logical...

15      DET. 2:    Well then you're a bright man, okay?  'Cause that's what that

16  means.  But that's not what I'm calling you.

17      ARNOLD:    (inaudible) calling me a pimp either.  (inaudible).

18      DET. 2:    No.

19      ARNOLD:    You shouldn't be calling me that neither.

20      DET. 2:    No?

21      ARNOLD:    No.

22      DET. 2:    What should I be calling?

23      ARNOLD:    A friend.  That's all...

24      DET. 2:    Okay friend.

25      ARNOLD:    Yeah, if you wanted to go somewhere and I actually knew you, I'd

26  drive you to where you wanted to go.  You were my friends....

27      DET. 1:    Would you drive him if you knew he was gonna go to a robbery at

28  some liquor store?  Say you know what Demi, give me a ride to the liquor store, 'cause

1   you're my friend.  And, but I'm going to tell you this, because you're my friend.  I'm a

2   little short on cash, I just need you to drive me because I'm gonna go assault these

3   people and take their money and you better drive fast when I come out of the liquor

4   store.  You're my friend, right?  You gonna do it for me?

5         ARNOLD:   What I'm going to try to do is provide any way I can for him, so he

6   doesn't have to do all that.

7         DET. 1:   Sounds to me like we're going to be doing a liquor store heist

8   (overtalking).

9         ARNOLD:   So, so I have a job though so...

10        DET. 2:   I don't mean to laugh or anything like that but...

11        DET. 1:   I know I'm just....

12        DET. 2:   This is, what you're saying is, you're minimizing what's going on

13  here.  Okay?  You don't need to do that.

14        DET. 1:   And you know what?  There's nothing wrong with that, because you

15  know what?  I don't think you're a bad guy.  I'll be honest, you know what?  These little

16  girls, they come out on the street, they decide they want to play big girls, I want to go

17  out, I want to do all this stuff.  They find some Jamoc like you, I'm not saying in a bad

18  way, okay?  Who's like a guy, like alright I'll help you.  And now, you're jacked, okay?

19  And this is where you are, you're handcuffed.  Because the law says this is the

20  elements of what makes a pimp, or this is the, that's not true, not a pimp, this is the

21  elements of pimping which is the violation. (overtalking).  You know?  Doing this kind of

22  thing.  So now we're there, so it's like (overtalking).  Let's say that you said yeah I'm

23  (overtalking).  Da-da-da-da- dah.  You know what?  You would save us a heck of a lot of

24  time and effort, and we'd be like, okay, you know what?  You just saved the government

25  lots of money.  The FBI doesn't want to pay me to be sitting here, talking to this, and

26  going to court, you know?  If I can be doing some other case, you know?  We'll tell the

27  DA yeah, you know what, he did it, he said this, but you know what?  He's also willing to

28

1  help us because we know for a fact, I don't think you're the big pimp. I mean, I don't

2  mean that insultingly, okay?

3        ARNOLD:    I'm not a pimp at all....

4        DET. 1:      Whatever. I think there's other guys that you associate with, that

5  you might even know, that you know what? These guys are bad guys, I'm just kinda

6  like in the middle of this stuff. So that's (overtalking). I mean I don't know about you

7  sweetie, but you're 19 years old. I'm 40 something and let me tell you. If I had a

8  chance to save my skin, you know, because those guys aren't going to be the ones

9  sitting in County Jail tonight and tomorrow, let me just tell you that. Okay? I would be

10  saying you know what, I know this stuff. I'll give you this information. Can you take it up

11  to consideration? Can you tell the DA that one, I was truthful, two that I was

12  cooperative with you, and don't, I don't want to go away to jail on some pimping charge

13  where I just got hooked up with the wrong elements. You know what? And if that was

14  the case, tomorrow you wake up, you do your thing, and you say, I like my friends, but I

15  gotta watch what I'm doing with my friends, because I don't want to be in the position

16  where I'm sitting next to those two Jamocs and they're sitting there telling me, these are

17  the elements of pimping, you know what I mean? I don't know, that's something that

18  you, you have to decide. And you know, you can decide it if you want to, but I'm just

19  telling you what I've seen with numerous people (inaudible). So...

20        ARNOLD:    You just read off three things, you just gave me three comments,

21  and I believe I am, like, like you said, when you go up there, you want to do this, this

22  and this. You want to be seen as this, this and this, and I still believe I am seen as this,

23  this and this. Even without, even without making any comments or whatever, because

24  that's, I was only try to be, I was not trying to do nothing, I'm not trying, I'm still not trying

25  to do nothing that could be deemed as bad. I'm not trying to do nothing like that.

26        DET. 1:      No I'm, didn't say you were trying to do it, I said you got jacked up

27  in it. I said you seem like a nice guy. You're doing these favors for these girls, that

28  come out here and ask you to do this, you know, they're pretty cute, they're nice. They

1   look a little like lost, and they're like hey you know what Demi? Can you do this for me?
2   And they're so fucking cute. Oh yeah, sure why not? Come let's go for a ride, I'll give
3   you a ride. But when you do that kinda stuff, who's the one who's getting jacked up?

4   DET. 2:     Hey dude, are these girls your friends? Or are they girlfriends?

5   ARNOLD:     No. They're my friends, Ashley is the closest thing to being my
6   girlfriend. But they're my friends though.

7   DET. 2:     Uh-huh.

8   ARNOLD:     They're my friends, like before that, they're my friends. Before
9   anything, anybody, there's a lot of things I do for a lot of people, even I didn't even know
10  you. Like I would do, I would do whatever I could do to assist my fellow man, assist my
11  fellow anybody, if I think I can help them, I'm going to try and do it. So that's why...

12  DET. 2:     Did you finish high school?

13  ARNOLD:     Mm-hmm.

14  DET. 2:     Good. Where'd you go?

15  ARNOLD:     Mission Bay.

16  DET. 2:     Mission Bay?

17  ARNOLD:     Mm-hmm.

18  DET. 2:     Good.

19  DET. 1:     Are you going to (inaudible)?

20  ARNOLD:     Oh not this semester but I was just there last semester, and I'm
21  going next semester too, San Diego City. Yeah, digital, audio. But..

22  DET. 1:     So see it's like, it's not like you're one of those guys, and believe
23  me, we arrest some serious losers, let me tell you, you're not one of those losers.
24  You're just one of these kids that got hooked up with this, and now you're having to fix
25  it...

26  DET. 2:     Where'd you meet Ashley?

27  ARNOLD:     A party after one of my shows.

28  DET. 2:     Where at?

-14-

1    ARNOLD:    Oh, I don't even remember where it was at, it was just a party.

2    DET. 2:    You don't remember where it was at?

3    ARNOLD:    No.

4    DET. 2:    Okay.

5    ARNOLD:    It was a while ago, but it was after one of my shows.

6    DET. 2:    And then did you meet Heather before Ashley?  Or did you meet

7  Ashley before Heather?

8    ARNOLD:    I (overtalking).

9    DET. 2:    You did?

10    ARNOLD:    Mm-hmm.

11    DET. 2:    But now Ashley says that you, that she introduced you to Heather.

12    ARNOLD:    I don't know, I might got the stuff wrong or something, but...

13    DET. 2:    How'd you meet Heather then?

14    ARNOLD:    Hmm, I don't remember.  Oh...

15    DET. 1:    (inaudible)?  We're trying to help you come on.

16    ARNOLD:    (overtalking).  I really don't really remember, the ocean...

17    DET. 1:    Oh dear Lord.  You know, we're trying to help you...

18    ARNOLD:    No for real, no for real.  I really don't remember...

19    DET. 1:    (overtalking) not going to help you.

20    ARNOLD:    I don't remember how I met her but, (inaudible) they're all my

21  friends (inaudible) just like they'll look after me.  I know, (inaudible).  Like these are my

22  friends, and I mean like you all, it seems like you all are coming at me like I'm the....

23    DET. 2:    A 15 year old and a 16 year old is your friends?  How old are you

24  brother?

25    ARNOLD:    (overtalking) high school, there's four years difference in high

26  school.

27    DET. 2:    Mm-hmm, you're not in high school.

28    ARNOLD:    But I'm, (overtalking).

1  DET. 2:     You're not in high school bro.

2  ARNOLD:     Okay.

3  DET. 2:     Still maybe playing the high school game, but it's not...

4  ARNOLD:     (overtalking) less than a four year difference, so I'm used to, I'm
5  used to being acquainted as a senior talking to freshmen.  (overtalking).

6  DET. 2:     That's cool, that's alright.

7  ARNOLD:     I'm friends with everybody.  I'm friends with (overtalking).  I got
8  friends (overtalking) that are my friends....

9  DET. 2:     Eight?

10  ARNOLD:     Yes.  I have little (overtalking) I know that....

11  DET. 2:     (inaudible) oh okay, whatever.  You're not gang related are you?

12  ARNOLD:     No not at all.

13  DET. 2:     Okay I just noticed all this red here.  Skyline?

14  DET. 1:     You do?  How come the pictures we have of you are all red
15  though?

16  ARNOLD:     That's my favorite color though, but usually I have blue, red, usually
17  my most thing is blue, red together at the same time.

18  DET. 1:     Oh really.  When did you take the (inaudible) off?

19  ARNOLD:     Huh?

20  DET. 1:     When did you take the (inaudible) off?

21  ARNOLD:     They're removable.

22  DET. 1:     I know but when did you take them, when did you take them off?
23  You just take them off, on...

24  ARNOLD:     Whenever you want to.

25  DET. 1:     I think you look better without the (grill).  Do you wear them for your
26  show?

27  ARNOLD:     Yeah.

28  DET. 1:     Okay.  So they're kind of like....

1       ARNOLD:     I'm a (inaudible).

2       DET. 2:     What the heck happened to those pictures?

3       DET. 1:     They're in there someplace.

4       DET. 2:     Is that you?

5       ARNOLD:     Yep.

6       DET. 2:     That you?

7       ARNOLD:     Yeah see, that's what (inaudible), see there's blue on that

8 (overtalking).

9       DET. 2:     Tell me this, where was this picture?

10      ARNOLD:     Oh, probably on (inaudible) page, I don't know. it was on one of

11 these (music) page.

12      DET. 2:     And this one?  That's not on (inaudible).

13      ARNOLD:     That's one (inaudible) page too.

14      DET. 2:     Well whatever.

15      ARNOLD:     It is.

16      DET. 2:     That's not where we got it, okay?

17      ARNOLD:     Oh okay.

18      DET. 2:     Music page of what?

19      ARNOLD:     Of MySpace.

20      DET. 2:     Oh okay.  Okay I guess we are on the same page then, my bad.

21      ARNOLD:     (overtalking).

22      DET. 2:     Huh?

23      ARNOLD:     That's a free advertising market.

24      DET. 2:     Oh okay.  Well, how do you think we got it?

25      ARNOLD:     You got it, looks like you all went on MySpace, I don't know.  I

26 would assume you all went on MySpace because that's, I haven't really posted that

27 nowhere except for on MySpace.

28      DET. 2:     Okay.

1  ARNOLD:    But yeah, I'm just saying I'm not doing nothing, in a negative

2  context or any way like that. Everything I'm doing, everything I do, I don't look to be

3  negative. I don't look to be a negative person. I try to be positive, every step I take is

4  something positive to try to help somebody else or try to help myself. I'm not trying to

5  do nothing bad, and I just, it feels like you all are looking at me like, oh he's a criminal,

6  he's bad, he's super bad.

7      DET. 1:    Who's looking at you that way?

8      ARNOLD:    That's just how, I'm just saying that's how it feels.

9      DET. 2:    (overtalking). That's because we're cops and you're sitting over

10  there, that's all this is.

11      DET. 1:    Now I feel you're looking like a bad cop....

12      DET. 2:    I know me too.

13      DET. 1:    Make me feel bad.

14      DET. 2:    Being accused of...

15      DET. 1:    I'm just sitting here, I'm trying to talk to you, I'm actually being very

16  truthful to you about you know, this is what I feel, kind of got jacked up, you got hooked

17  up with these girls. And I'm not saying they're bad girls. You know what? They're

18  sweet girls. I actually liked them very much, all of them and I feel bad for all the

19  (inaudible). I think that you might have gotten screwed up, you know, somewhere along

20  the way. And now you're here, I'm just saying look, you know what, I've been up more

21  than 24 hours by now. I'm just tired, I'm trying to listen to you, but you know, if you don't

22  really want to talk, all you want to say is oh, I just feel like I'm being jacked up, I feel like

23  I'm getting jacked up. I'm tired, I want to go to sleep.

24      ARNOLD:    But even you believe that.

25      DET. 2:    Believe what?

26      DET. 1:    But who cares what I believe?

27      ARNOLD:    (inaudible) cares?

28

1       DET. 1:     No let me tell you this, it doesn't matter what I believe.  The only

2  thing that matters is, what you want you to say, do you want to clear your name and say

3  this is what I know?  Or do you want to just say you know what, F it, I want to go and

4  just you know, leave me alone, I don't, 'cause really, what do you care what I believe?

5  I'm like nobody, he's like nobody.  We're just…he's really nobody.  You know?  We're

6  just sitting here, we're trying to do our job, but really what do you care?  I mean it's

7  like…

8       ARNOLD:    What I care…

9       DET. 1:     The facts are the facts.  And that's what we're facing, we're telling

10  you just the facts (overtalking).  You have (overtalking).

11       DET. 2:     Now I know for a fact that (overtalking).

12       ARNOLD:    (inaudible) but yeah…

13       DET. 2:     'Cause you're minimizing the shit that you're in right now, okay?

14       ARNOLD:    (overtalking).

15       DET. 2:     You are minimizing it.

16       ARNOLD:    (overtalking) maximal like, I'm not doing it…

17       DET. 2:     You think, you think you're not.  And you think you're clean.

18       ARNOLD:    I know that…

19       DET. 2:     Okay?  And I know that you've been talked to on several occasions

20  out….

21       DET. 1:     (inaudible) other side.  (inaudible).

22       DET. 2:     Okay.  This is not coincidental brother.  You see it.  That's your

23  package.

24       ARNOLD:    You keep (inaudible) papers, (inaudible) papers.

25       DET. 2:     Trust me, that's your package.

26       ARNOLD:    Okay, okay…

27       DET. 2:     Okay?  I mean we've been building a case on you.  We've been

28  building this case.  Okay?  That's what this is about.

1    ARNOLD:      Okay.

2    DET. 2:      And it's no coincidence. And I'm not going to sugar coat this man.

3    I'm telling you right now, and what I think this is right now, and I think you do know some

4    of it, okay? You know the game, alright? We've seen some of the text messages.

5    DET. 1:      (overtalking) for one second, is all his paperwork done? Do you

6    need anything else?

7    DET. 2:      Except for his (deck).

8    DET. 1:      Except for his (deck).

9    MALE:        Hold off on that. (inaudible).

10   DET. 1:      Well you know what? Oh, can I do the (inaudible)?

11   DET. 2:      I can finish up, you want to do part of it? And just to where, where

12   you've got the information from you know (inaudible)?

13   DET. 1:      (inaudible).

14   DET. 2:      No, it's just (inaudible) here, a little paragraph.

15   DET. 1:      Yeah, and then I just give it to them, (inaudible) do whatever

16   (overtalking).

17   DET. 2:      Yeah. What do they need the (inaudible) right now (inaudible)?

18   What's that?

19   MALE:        Didn't want to bail on you while you were in a interview, come out

20   and we're all gone. That is between (inaudible) you guys have and (inaudible) we're

21   going to cut out then.

22   DET. 2:      Oh okay.

23   MALE:        Everything is done, everybody has delivered (inaudible) ask

24   (inaudible) or the mom, at the house.

25   DET. 2:      Oh Lily? If she was there or not?

26   MALE:        Yeah.

27   DET. 2:      Oh fuck. (overtalking), we'll figure it out, but we have that handled

28   with her. She said that Lily is at home, so we're good.

1  MALE:      (inaudible) was the 13 year olds social, punch that in, and all
2  (inaudible).  But she has (inaudible).

3  DET. 2:    Lily was posting?

4  MALE:      But she's (inaudible) under another name, it looks like it could be....

5  DET. 2:    Not Bubbles?

6  MALE:      Could be Bubbles.

7  MALE:      But the hair is longer.

8  DET. 2:    Holy Shit.  Okay I gotta see that.  Did you print them all out?

9  MALE:      Printing them out now.  Yeah, before they....

10  DET. 2:   If that's the case, (overtalking) Bubbles find out that.  But,
11  (inaudible).  He's minimizing his thing.

12  MALE:      Really?

13  DET. 2:   He's slowly but surely figuring out (inaudible) that's what's gonna
14  happen.  Anyway I'll have him by the (inaudible).

15  MALE:      (inaudible) between 8:00 and 4:00 except for 12:00 to 1:00 for
16  lunch.  You know (inaudible) interviews after 4:00.  (inaudible).

17  DET. 2:   (inaudible) couple times (inaudible).

18  MALE:      (inaudible) Juvie Hall and (overtalking).

19  DET. 2:   Great, okay 'cause I gotta finish that tonight.  And he's expecting
20  that like soon, right?

21  MALE:      Yeah....

22  DET. 2:   The DA?

23  MALE:      (inaudible).

24  DET. 2:   Okay but the DC was okay just with what we did there?  And
25  then....

26  MALE:      (inaudible) the DA needs (inaudible) report would go.

27  DET. 2:   Okay, thanks.

28

1       DET. 1:    (overtalking) no, no, no I don't want you to get people in trouble just
2  for the sake of getting people in trouble.  Then that would be us (overtalking).
3       DET. 2:    I ain't making anything up.  And I told you I'm not going to sugar
4  coat it, because you know what?  I believe, I honestly believe you know what this is.  I
5  do.
6       ARNOLD:    Okay (overtalking).
7       DET. 2:    At a minimal point, I don't think you think it's a bad pimping choice,
8  okay?  I really do believe you know what pimping is.
9       ARNOLD:    I know what it…
10       DET. 2:    Hell yeah, you do.
11       ARNOLD:    I know what it means.
12       DET. 2:    No, you know what it is.
13       ARNOLD:    I know I'm not doing what you perceived it to be.  I know…
14       DET. 2:    Then tell me what you're doing.
15       ARNOLD:    I know I'm doing nothing like that.
16       DET. 2:    Tell me what you're doing.
17       ARNOLD:    I'm assisting friends to do what they want to do.  If I want to do
18  something, if I wanted to go to the liquor store…
19       DET. 2:    So tell me something, this, friend, if I was to want to do drugs,
20  you're going to take me to a drug dealer?
21       ARNOLD:    Why would I take you there?
22       DET. 2:    It's the same thing.  You're taking juveniles over to a fricking hotel
23  to go meet some John.
24       ARNOLD:    (overtalking) I personally believe though, I personally believe that
25  doing drugs is bad.  I personally believe that doing drugs is bad.
26       DET. 2:    Okay.  But prostitution isn't?
27       ARNOLD:    That's not, you're willingly doing something….
28

1    DET. 2:      Two consensual adults?  Is that what you're saying?  Two
2    consensual adults?
3    ARNOLD:      It's like consensual stuff.  Like (overtalking) willingly want to do
4    something, those two people...
5    DET. 2:      Like you and Heather, consensual
6    ARNOLD:      If we wanted to do something, we could do something...
7    DET. 2:      But you did.
8    ARNOLD:      It would be consensual.
9    DET. 2:      Was it consensual or not consensual?
10   ARNOLD:      Well you...
11   DET. 2:      Sex.
12   ARNOLD:      Who said that?
13   DET. 1:      Well...
14   DET. 2:      Did you have it or not?
15   ARNOLD:      Who said I did that?
16   DET. 2:      Oh God.
17   ARNOLD:      I'm just man....
18   DET. 2:      Is it consensual?  Is it okay?
19   ARNOLD:      It's okay...
20   DET. 2:      Yeah, it's okay.
21   ARNOLD:      (overtalking) be like, okay you want, like anybody, like any two
22   people on earth...
23   DET. 2:      That's what I'm talking about, okay?  So there you have it.
24   ARNOLD:      (overtalking).
25   DET. 2:      Okay so you're saying, no you're saying to me that it's okay for two
26   people  of opposite sex...
27   ARNOLD:      Who agree (overtalking).  That doesn't matter, honestly to be it
28   doesn't matter.

1      DET. 2:      Okay.  Even if they weren't opposite sex, whatever.  Okay?  To go

2  to a hotel and pay for it, all that other stuff, and have sex, it's okay?

3      ARNOLD:      It's, I, I (overtalking).

4      DET. 2:      That's your belief?

5      ARNOLD:      Yes.  Highly understandable if both people (inaudible) to do

6  something like that.  (overtalking).  You can't stop people from doing what they want to

7  do.

8      DET. 2:      You could.

9      ARNOLD:      Why would you…

10     DET. 2:      She's your friend.

11     ARNOLD:      Why would you want to stop somebody (inaudible).

12     DET. 2:      She's your friend.

13     ARNOLD:      Okay.  Yes, she is my friend.

14     DET. 2:      So you're going to let her go, just go suck some dude's dick?

15     ARNOLD:      If that, if you want to do it, like you're making it seem, this is really

16  bad for what she does like, if she wants to do something, she's going to do.

17     DET. 2:      And you're going to assist her to do it?

18     DET. 1:      If you had a little sister would you let her do it?

19     ARNOLD:      I don't have a little sister so…

20     DET. 2:      Oh….

21     DET. 1:      If you had a little sister, if you had a little sister?

22     DET. 2:      If, the word if…

23     DET. 1:      Would you let her go do that?

24     ARNOLD:      Actually…

25     DET. 1:      If she wanted to, hey, I'm a little sister, I am 13 years old, and I'm

26  telling you, I'm going to go suck his dick.  You're going to say it's okay?  'Cause I want

27  to do it.  And I'm going to say it's consensual.

28     ARNOLD:      If it's consensual….

1     DET. 1:     Oh, you're a...

2     ARNOLD:     (overtalking) something right now.  Okay, so you if you wanted to

3 do something with him right now, I can't say nothing about it....

4     DET. 2:     Okay, just so I'm clear on this, okay?  I think I got this finally.  I'm

5 not sure, but I think I got it.  Alright, so Ashley and Heather both have asked you just to

6 kind of be on their side, just to take you places, take them places?  To hotels and such,

7 correct?

8     ARNOLD:     (inaudible).

9     DET. 2:     Is that what this is?

10     ARNOLD:     Okay.

11     DET. 2:     Because they want to have consensual sex with these people?

12     ARNOLD:     Whomever they decide to...

13     DET. 2:     Okay so, so you knew of them, what they're doing, what they like

14 doing?  Correct?

15     ARNOLD:     I can never be 100% sure of that, because I was never around.  I

16 was never around.

17     DET. 2:     See that crap is gonna get you in trouble right there.

18     DET. 1:     But what about when they give you the money?

19     ARNOLD:     How's that get me in trouble?

20     DET. 2:     Because you are just talking about it, you're the one that brought up

21 consensual sex and shit.

22     ARNOLD:     No 'cause you guys been talking pimping, and what does it mean to

23 me?

24     DET. 2:     Well, oh yeah....

25     ARNOLD:     And what does it mean to me?  And what does it mean to you?

26     DET. 2:     Well oh yeah, but you were talking about two people having

27 consensual sex, right?

28

1    ARNOLD:    Okay, I was (inaudible) that I'm going off of what (overtalking) you
2    gave me.

3    DET. 2:    You're killing me dude.

4    ARNOLD:    You're killing me.

5    DET. 2:    No, no, no I'm not.

6    ARNOLD:    I'm going off of everything you're going off of.  Like, everything I say
7    is like off your guy's words.  It's off of your guy's words.

8    DET. 2:    It is?  It was your definition of pimping.

9    ARNOLD:    It was your definition, remember I asked, I, you tried to ask me, and
10   I asked you what it is.  And you were talking about gorilla pimping and stuff, and I didn't
11   know what that is.

12   DET. 2:    Look, I'm not going to argue with you okay, 'cause I just told you, I
13   think you know exactly what this is all about.

14   ARNOLD:    (overtalking).  You just told me.

15   DET. 2:    You already know what these girls do, right?

16   ARNOLD:    I mean I could guess.

17   DET. 2:    No, you don't need to guess, you know.

18   ARNOLD:    You never know.

19   DET. 2:    Yeah, we do know...

20   ARNOLD:    Anybody can be...

21   DET. 1:    Why would they come and give you money after they leave each
22   hotel room, if man I...

23   ARNOLD:    (inaudible) they do that all the time?  Who said that?

24   DET. 1:    They give you money all the time.

25   DET. 2:    Do you have his phone?

26   DET. 1:    Oh, no.

27   ARNOLD:    (overtalking) all the time.

28   DET. 1:    (inaudible).

| | | |
|---|---|---|
| 1 | DET. 2: | I'm trying to look for it but I can't, do you have the phone? |
| 2 | ARNOLD: | I don't have it. |
| 3 | DET. 2: | Who has it? |
| 4 | ARNOLD: | Oh it's impounded or something? |
| 5 | DET. 2: | Huh? |
| 6 | ARNOLD: | Impounded or something? |
| 7 | DET. 2: | Oh okay.  Well guess what?  We have a lot of text messages on |

you.

| | | |
|---|---|---|
| 9 | ARNOLD: | Okay. |
| 10 | DET. 2: | Okay?  (inaudible) bitch and all this other stuff, and I mean it's all |

this crap that's coming through these phones, going back and forth, so you already
know what they're doing.

| | | |
|---|---|---|
| 13 | ARNOLD: | So, so you're... |
| 14 | DET. 2: | So don't fucking lie to me.  Okay, I'm getting sick of it. |
| 15 | ARNOLD: | Nobody's lying. |
| 16 | DET. 2: | You're lying to me, you know what, you're lying to me, I don't like |

liars, that the worst thing, worst-case scenario there.

| | | |
|---|---|---|
| 18 | ARNOLD: | Alright, all can I say is what have I lied about? |
| 19 | DET. 2: | You're minimizing this whole thing, and you're lying about the text |

messages, you're lying about, you're lying about them having sex and knowing about it.

| | | |
|---|---|---|
| 21 | ARNOLD: | Why am I lying about.... |
| 22 | DET. 2: | With these people in the hotels and stuff like that.  Okay?  You're |

telling me you don't know, when you do know.  That's a lie.

| | | |
|---|---|---|
| 24 | ARNOLD: | I can't (overtalking) lying about (overtalking). |
| 25 | DET. 2: | Okay, I'm sorry let's not make a lie, let's make it a, a, you're |

withholding it, okay?  You're withholding it.  I don't know why you're withholding it.  But if
you think it's okay then fucking say it.  Is it okay or not?

1  ARNOLD:     I already told you it's okay if two people consensually agree
2  (overtalking).
3  DET. 2:     Okay so then Ashley and Heather are having this consensual sex
4  with these guys in hotels.  You already know that?  Correct?
5  ARNOLD:     I'd assume that much.
6  DET. 2:     You don't need to assume it, you already knew it.  And this much
7  we do know.
8  ARNOLD:     You never, or, I don't know what they do...
9  DET. 2:     Okay what didn't you know, or what did you know about all that?
10  ARNOLD:     I can assume that's what they do.
11  DET. 2:     No, no, forget assume, because that makes an ass out of you and
12  me, okay?
13  ARNOLD:     I can't say, like I'm saying like, if I was inside the room and I was
14  watching people do stuff, that's when I could say, yes, definitely, it's definitely what
15  happened, definitely.  If I'm not inside the room, I can't say this is definitely...
16  DET. 2:     So Ashley goes inside and sucks some guy's cock, right?  I'm going
17  to be blunt with you, okay?  Comes back out and said yeah, I just sucked his cock, and
18  here's the money.  What are you gonna say.
19  ARNOLD:     I'm going to believe what she says but that doesn't mean that I
20  know for sure that she did that.
21  DET. 2:     Bullshit.
22  ARNOLD:     How is that bullshit that I (overtalking).
23  DET. 2:     Friends talk buddy, friends talk amongst each other.  You don't just
24  go drive her to a hotel, she comes out and she didn't say, you know that white guy had
25  a small dick.  And I'm sure you guys laugh about it.
26  ARNOLD:     What is there to laugh about, about somebody's personal anatomy?
27  DET. 2:     Come on, oh now shut up man.
28  DET. 1:     Oh just stop it.  I mean (overtalking).

1    DET. 2:    I'm giving you a scenario okay?

2    ARNOLD:    Okay.

3    DET. 2:    That was just a hypothetical thing, but I know friends talk amongst

4    each other when they're in cars together.  Correct?

5    ARNOLD:    Okay.  It often happens (overtalking).

6    DET. 2:    Now, and I'm sure that they got some stories to tell you when they

7    come down from these places you know, they go, God that guy wanted to do this, this,

8    that.  Right?  I mean come on, let's be honest here.

9    ARNOLD:    I'm telling you, whatever.  (overtalking) saying.

10    DET. 2:    What?

11    ARNOLD:    You all don't understand what I am saying.

12    DET. 2:    Okay then, god dammit, clear it.

13    ARNOLD:    I'm trying to, and you get mad when I tell you what it is.  Okay.  If

14    somebody tells you something happened, you can do with your own mind to chose to

15    believe what they say.

16    DET. 2:    I got that part.

17    ARNOLD:    But that is not mean it really happened.  That's what I'm saying.

18    DET. 1:    Are you a philosophy major?

19    ARNOLD:    No.

20    DET. 2:    Are you trying to be?

21    ARNOLD:    No.  I consider myself an intellectual….

22    DET. 2:    Are you trying to twist it on me or what?

23    ARNOLD:    Who is twisting?

24    DET. 2:    You know what?  You're not talking to one of your broads here

25    man.

26    ARNOLD:    I know you are a detective…

27    DET. 2:    That's right.

28    ARNOLD:    You have been through classes and school and you are….

-29-

1    DET. 2:        Well you're not talking to some dumb ass.

2    ARNOLD:        Wow.

3    DET. 2:        Well the way you're talking to me is, no you're talking to me like I'm

4    some jerk, that doesn't know what I'm talking about.  Okay?  So let's be real about it.

5    ARNOLD:        (overtalking).

6    DET. 1:        My perception is, is that's what you're doing though.

7    ARNOLD:        Okay so I'm saying…

8    DET. 2:        I mean give me a little more credit than that.

9    ARNOLD:        I do.

10   DET. 2:        Because I'm not your broads.

11   ARNOLD:        I do, you're a respected, high ranked (overtalking).

12   DET. 2:        I'm not a female that you're trying to hone in onto, okay?  I'm not

13   one of those.

14   ARNOLD:        Oh wow.

15   DET. 2:        Do you understand that?

16   ARNOLD:        Wow.  Wow.

17   DET. 2:        Hear me out…

18   ARNOLD:        No you just said, you just made an accusation that I hone in on

19   people, to make them do stuff.

20   DET. 2:        Look at me and say that.  Thank you.

21   ARNOLD:        You just made an accusation that I hone in on people….

22   DET. 2:        I said I'm not one of those females that you honed in onto and

23   talked to about.

24   ARNOLD:        I'm not, you're not one of those females that I honed in on?  How

25   do you know that?  What…

26   DET. 2:        What does that mean?  Do you know what that means?

27   ARNOLD:        You say that I'm targeting women to do stuff.  Who's targeted…

28   DET. 2:        Ohhh, is that what that meant?

1    ARNOLD:     You said honed, honed in, means target...

2    DET. 2:     Are you assuming?  Are you assuming?

3    ARNOLD:     That's not assumption.

4    DET. 1:     I think you're assuming.

5    ARNOLD:     Honed in, that means you're going in towards one target. One area.

6    DET. 2:     No, not one target, I said females, that's plural.

7    ARNOLD:     Okay.  Okay so it's still one target, the one target being female

8    gender.

9    DET. 2:     Female gender?  Okay.

10    ARNOLD:     That's what you're saying.

11    DET. 2:     Alright.

12    ARNOLD:     Is that not what you just said?

13    DET. 2:     Fine, whatever.

14    ARNOLD:     Okay.  That's what I'm saying dang, that's what I'm saying.

15    DET. 2:     Well why you having a problem with it?

16    ARNOLD:     I don't you have a problem with it.

17    DET. 2:     I don't.

18    ARNOLD:     Okay.

19    DET. 2:     You did, you said whoa, whoa, whoa, hone it, I said whatever.

20    ARNOLD:     Okay, yeah my bad, I did have a problem with that.

21    DET. 2:     Okay.

22    ARNOLD:     'Cause I'm telling you that I don't like that's not what I do, I don't do

23    stuff like that, I'm just aiding, whatever....

24    DET. 1:     I'm just aiding...

25    DET. 2:     That's all, okay....

26    DET. 1:     What are you aiding in?

27    ARNOLD:     My friends.

28    DET. 1:     Desire to be prostitutes?

-31-

1  ARNOLD:     Who said that?

2  DET. 1:     Well no, I'm just filling in the sentence.  You're aiding your friend's

3  desire to be prostitutes?

4  ARNOLD:     You made that statement, I didn't make that statement.

5  DET. 2:     Huh?

6  DET. 1:     No, 'cause he says he's aiding his friends.  And I said...

7  ARNOLD:     I help my friends do whatever they want to do.

8  DET. 2:     Oh I understand that.  I understand that.

9  DET. 1:     I want to be a prostitute.

10  DET. 2:     You know, I'm not...

11  ARNOLD:     Well congratulations, you got a good thing going for you right now,

12  so there's reason for....

13  DET. 1:     Well if the FBI thing doesn't work out, maybe you know?

14  ARNOLD:     Well you can do what you want to do, I suggest you to go Las

15  Vegas though, personally, I suggest you do something like that.  Where you can do it

16  legally and it can actually something, an occupation or something?

17  DET. 1:     Oh okay.

18  ARNOLD:     That's what I suggest.

19  DET. 1:     Maybe this is why people come to you?  'Cause you're just full of

20  knowledge.

21  ARNOLD:     People oh...

22  DET. 2:     What do you mean Las Vegas?

23  ARNOLD:     Oh like, Reno, like (inaudible) you can watch anything,

24  documentaries, even like that (inaudible) you can go to a place....

25  DET. 2:     Why do you say it's legal there?  I'm just curious?

26  ARNOLD:     Because they say on documentaries and stuff, like people read,

27  well I read books, I can't say people read books.  I read books, I  watch documentaries,

28

1   I see all this stuff. I read, I'm on, you know, I do a lot of stuff. So I can read this
2   information and learn information.
3           DET. 2:      That's cool, okay.
4           ARNOLD:      So I can take it in.
5           DET. 2:      Reading is knowledge, that's good.
6           ARNOLD:      Yeah. So I take it in, so that's how I know that in areas such as like
7   Reno, where the population is a certain amount, or something, I just thought whole Las
8   Vegas did, but somebody just told me today, that the population has to be a certain
9   amount.
10          DET. 1:      Yeah, you better not take the girls to downtown Las Vegas, 'cause
11  you'll be really jacked up.
12          ARNOLD:      Who said I'm going to do, (inaudible).
13          DET. 1:      Hah, Demi. Oh good Lord. You know Demi, (inaudible) what am I
14  gonna do? Just gonna laugh. You know?
15          ARNOLD:      (inaudible) sincerely, I'm just playing the game, what I'm saying is…
16          DET. 2:      Dude you know what? You're not the only guy we talked to that
17  does this. You think we're stupid?
18          ARNOLD:      Who said you're, I told you, I think you are extremely smart.
19          DET. 2:      That's great.
20          ARNOLD:      You would not be able to get to this point unless you did that,
21  unless you were at least….
22          DET. 1:      I don't know, do you really think we're extremely smart?
23          ARNOLD:      You're lying.
24          DET. 2:      But we're good enough.
25          ARNOLD:      Graduate from high school…
26          DET. 2:      College honestly, you want to be honest about it?
27          ARNOLD:      Yeah, okay so to me you have to smart in order to make it that far.
28

1    DET. 2:     Well okay, we got, we got book smarts, reading knowledge, there
2    you go.

3        ARNOLD:     Mm-hmm.  So like in no way, shape or form am I trying to dumb
4    you guys down, when you guys on paper are more smart, smarter than me.

5        DET. 2:     Demi, do they call you Demi.

6        ARNOLD:     They call me Demi sometimes.

7        DET. 1:     Hey tell me why that name Demi, I was trying to figure out, where
8    does that name come out?  Demi?  That's kind of a....

9        ARNOLD:     'Cause I'm a rapper.

10       DET. 1:     'Cause you're a rapper?

11       DET. 2:     Oh so it's a rap name?

12       ARNOLD:     Mm-hmm.

13       DET. 2:     Okay, Demi is a rap name.  Okay.  Got it, okay, I was just curious.

14       DET. 1:     We thought maybe something happened to you when you were
15   little, and like one of your aunts...

16       DET. 2:     They gave you a nickname or something like that, and that's where
17   that came out.  Hey do you smoke weed?

18       DET. 1:     Just a little?

19       DET. 2:     At least be straight up with something.

20       ARNOLD:     Huh-uh.

21       DET. 2:     Come on.

22       ARNOLD:     No, nope.  Go to TJ to drink, I mean that's the (inaudible).

23       DET. 2:     That's it?  Well good for you.

24       ARNOLD:     Yeah.

25       DET. 2:     So, oh, I guess your pimping version is different than my pimping
26   version?

27       ARNOLD:     (overtalking) that's what I assume.  That's what I...

28       DET. 2:     But don't assume.  Don't assume.

1    ARNOLD:    (overtalking).

2    DET. 2:    That's a bad word, you know that?

3    ARNOLD:    What?  Conclude?

4    DET. 2:    No, assume.

5    ARNOLD:    Oh yeah it is.

6    DET. 2:    Did you know that?

7    ARNOLD:    It is a bad word but that's all you can really use, unless you see

8 with your own eyes and hear with your own ears.

9    DET. 2:    Assumptions lead to nothing.

10    ARNOLD:    Exactly.  Exactly.  Assumptions lead to nothing.

11    DET. 2:    This is not an assumption.

12    ARNOLD:    Everything is (inaudible).

13    DET. 2:    Oh no it's not.

14    ARNOLD:    It is an assumption.

15    DET. 2:    Nope.  It's not.  I'm telling you it's not.  And I wouldn't be here this

16 far in my career if I didn't know that, correct?

17    ARNOLD:    It's an assumption based on....

18    DET. 2:    You wouldn't be sitting with cuffs over there either, right?  No.  You

19 wouldn't be sitting with cuffs on if I didn't know.

20    ARNOLD:    Yes I would be.

21    DET. 1:    Why?

22    DET. 2:    You think we put people in jail just because we assume?

23    ARNOLD:    Yeah, 'cause that's...

24    DET. 2:    I would say that happens maybe once, to one to three percent of

25 the people that go to jail.  Okay?  That get falsely accused by others or something like

26 that, that we do have to put somebody in jail on.  Yes, I'll agree to that, okay?

27    ARNOLD:    Okay.

28    DET. 2:    But I'm not going to sit up here lie or get lied to by you...

1    ARNOLD:    Well I can tell you...

2    DET. 2:    Okay?  I'm mean you're telling  me some kind of crock here, that

3    you think that we put people in jail just because.

4    ARNOLD:    No, no, I'm saying when it comes to a certain point, you guys do not

5    care what the real situation is.

6    DET. 2:    We do, but you know what, so far you haven't really told me the

7    situation.

8    ARNOLD:    I told...

9    DET. 2:    You know that they go to hotels and they have consensual sex

10   right?

11   DET. 1:    I assume...

12   DET. 2:    You haven't told me that.  So how the hell am I supposed to think

13   that?

14   ARNOLD:    How, okay, how are (overtalking).

15   DET. 2:    When the two girls tell me, that's how I know.

16   ARNOLD:    Okay so the girls tell you that they do something, so you should

17   believe what the girls say?

18   DET. 2:    I have no reason not to.

19   ARNOLD:    Okay, so you're in the same boat as me, you have to believe what

20   they say but...

21   DET. 2:    Why would they tell me things like that, if that's the case?

22   ARNOLD:    Because that's what they want you, that's what they want you to

23   hear.  That doesn't mean that's what really happened.  That does not mean that really

24   happened.

25   DET. 2:    In your version.

26   ARNOLD:    Like it...

27   DET. 2:    Their version is two different things.

28

1  ARNOLD:     Were you in there?  Were you in the room when stuff was
2  happening?  Were you standing right there when stuff was happening?
3  DET. 2:     Absolutely.
4  ARNOLD:     Okay, if that's the truth…
5  DET. 2:     Tonight's case I was.
6  ARNOLD:     If you seen people do stuff with your own eyes, then you can be like
7  that's a fact.
8  DET. 2:     Oh, oh you mean consensual sex with two people, right.  Yeah, no I
9  wasn't there.
10 ARNOLD:     You seen people do something, then you can say with your own
11 mouth, yes, I've seen this, and this is a fact.  You cannot not say it's a fact until it's
12 proven in front of you.  Someone cannot tell me that water freezes (overtalking).
13 DET. 2:     Demi you're giving me a headache bro.
14 DET. 1:     Oh God, yeah.
15 DET. 2:     Okay?  No, just, slow down for just a second, okay?  Because what
16 you're trying to do is you're trying to twist this whole thing around and it's not working.
17 Okay, it's not working, and understand that.  Okay, 'cause I ain't gonna break.
18 ARNOLD:     I know you're not going to break, and I'm not going to break,
19 because my, there's nothing to break about.
20 DET. 2:     Okay.
21 ARNOLD:     You believe something, I believe something.  And that's what it is.
22 DET. 2:     Well first of all you know what, I know amongst friends, and I know
23 for a fact, that I'm going to come back down from someplace that I was at, and I'm going
24 to talk about it.  Okay?  Especially a hotel.  And if you know what these girls do, and I'm
25 sure you guys are laughing (inaudible) crock about it, okay?  I mean I'm sure you guys
26 drive off and you laugh.  Right?
27 ARNOLD:     There's always stuff to laugh about.
28 DET. 2:     Why don't you fucking be honest for once?

1    ARNOLD:    I'm telling you there's always to be laughing...

2    DET. 2:    Okay then tell me what you laugh about.

3    ARNOLD:    That would take too long to tell you everything I laugh about.

4    DET. 1:    (inaudible). He's going to keep doing this, the jacking around, he

5    assumes, he does this, da-da-dah, you can ask, he has no interest in talking to us. I'm

6    pretty much just sick and tired of his shit. So I want to call this off, I want to be done, he

7    can go back, get him back into jail. I'm done. Okay? Just done. (inaudible) with the

8    bullshit.

9    DET. 2:    Okay.

10   DET. 1:    We're getting nothing, he doesn't want to talk, so let's just go, let's

11   go.

12   DET. 2:    Yeah it's not what we want, it's what we want, is the truth. And

13   you're not telling the truth, so I don't care.

14   ARNOLD:    I might not...

15   DET. 2:    And it's the bottom line see, the bottom line is this, when it all

16   comes down to it, they're Demi, or I'm sorry, or...

17   ARNOLD:    You can call me Jordan.

18   DET. 2:    Jordan. Jordan, you will know the facts okay? And if you choose

19   to talk to us later, on a truthful basis, okay? Now, hear me out, before you even open

20   your mouth. Okay? Understand this. We're not stupid, and like I said we didn't come

21   here coincidentally. Okay? You wouldn't be in these cuffs and you wouldn't be going to

22   jail right now if that wasn't the case, alright?

23   ARNOLD:    Okay.

24   DET. 2:    Your version, you better start opening your eyes to this whole

25   picture here pal. Because you being in the rap scene and being in this game and

26   everything else that you see, and know about and reading about, you know more of this

27   game then you're talking about right now. And I know that and you know that. So you

28   better start thinking about it. Okay? 'Cause your life depends on it.

1    ARNOLD:    I know this. I know this sir, I know this sir and…

2    DET. 2:    Yeah.

3    ARNOLD:    I'm just saying to me, I'm not, man, you all really, really, really are

4  coming at me like, everybody has something bad in mind. Like for, like that's seriously

5  how I feel like. I'm not doing nothing that nobody, I'm not doing nothing that's bad.

6  Everything I do in my eyes while I'm doing it, there's positive, I'm doing something to

7  help people. I'm all oh yeah, I just helped somebody. That's the business.

8    DET. 1:    How much money have you given Ashley's mom?

9    ARNOLD:    I don't know, I don't know the exact figure.

10    DET. 1:    About how much?

11    ARNOLD:    Oh, I'd say like $200.00 and then we're giving her $100.00 every

12  week, I'm giving her $100.00 every week.

13    DET. 1:    Okay.

14    DET. 2:    Of your money?

15    DET. 1:    Where are you getting that money from?

16    ARNOLD:    I go to work, and I rap and I sell merchandise.

17    DET. 1:    No, no I know, is that where you're getting the money?

18    DET. 2:    Sell merchandise?

19    ARNOLD:    Mm-hmm.

20    DET. 2:    From where?

21    ARNOLD:    I go press up shirts and stuff and jeans and stuff.

22    DET. 2:    I'm sorry, what do you mean press up?

23    ARNOLD:    Like, I get stamps on shirts of my rap group and people hear us in

24  concert be like oh I like them, I'm going to support them.

25    DET. 2:    Mm-hmm. And you got a license to sell this stuff?

26    ARNOLD:    It's just like at a show.

27    DET. 2:    You're supposed to.

28    ARNOLD:    It's at a show.

1    DET. 2:      But Demi (inaudible) care about that either...

2    ARNOLD:    What are you , if somebody wants to, it's like a donation.

3    DET. 2:      See you just do these little things, it doesn't matter, I mean nothing

4  really matters to you.  You're just kinda cruising along.

5    ARNOLD:    Because you, what's negative about me getting support from

6  somebody?  What's negative about that?  You just try to turn around me, (overtalking)

7  shirts...

8    DET. 1:      How much money do you have that belongs to Ashley right now?

9  'Cause you're holding her money.  How much money do you have that belongs to her?

10    ARNOLD:    Now?

11    DET. 1:      Well give me part of it, no I'm not saying in your possession right

12  there, I'm just saying, 'cause you're supposed to be holding her  money.  You're

13  supposed to be...

14    DET. 2:      How much money you got here.

15    DET. 1:      'Cause she doesn't know how to administer her money.

16    ARNOLD:    Like $200.00.

17    DET. 2:      What?

18    ARNOLD:    Like $200.00.  Since when has having $200.00 been a whole bunch

19  of money?

20    DET. 2:      It's not.

21    DET. 1:      No, no, I didn't say it was a lot of money.  I said how much money

22  are you holding for Ashley at this present time?

23    ARNOLD:    I don't have nothing, I, I'm...

24    DET. 1:      Is that all the money you have in this world right now?

25    ARNOLD:    This is, yes, this is my money right now, this is my money, this is

26  my money.  This is what, I don't even have that, but yes, this is my money.

27    DET. 1:      Because she seems to be under the assumption that you're holding

28  her money.  She's giving you money every time she goes out and does a...

1    ARNOLD:    No.

2    DET. 1:    Hoes.  And she comes back and she gives you the money because
3  you know what, you're her savior.  And that's how she sees you.  You're taking care of
4  her because she can't do it (overtalking).  So where's her money?  You fucking spend
5  her money?

6    ARNOLD:    I don't have, oh no.

7    DET. 2:    So where is it, did you put it in a savings account?  What?

8    ARNOLD:    I save everything I get.

9    DET. 2:    Where do you put it?

10    ARNOLD:    I just save it.

11    DET. 1:    Well where's her money?  (inaudible) her money?

12    DET. 2:    Hear me out, where do you put it?

13    ARNOLD:    I put it somewhere safe.

14    DET. 2:    You got a piggy bank at home?

15    ARNOLD:    I put it somewhere safe.

16    DET. 1:    Okay, but (overtalking) but I would like to get her money back for
17  her, 'cause she's earned it and she wants her money back, so tell me where it is, and I'll
18  go get it.

19    ARNOLD:    Hmm…I'm not going to do that because I don't believe that you
20  guys…

21    DET. 1:    But why?  It's for your friend, that's what she wants…it's
22  consensual…

23    ARNOLD:    I don't believe you'll give it, I understand that, that's good.  But I
24  don't believe that you guys will give her…

25    DET. 1:    Oh because law enforcement are thieves?  Is that what you're
26  saying?

27    ARNOLD:    Not all of them, not every, everybody…

28

1   DET. 1:     Now you're making, I'm going to make an assumption (inaudible)
2   call law enforcement a thief?
3   DET. 2:     Now you're dissing me.
4   ARNOLD:     Not all law enforcement.
5   DET. 1:     Oh not all, just FBI agents, and vice detectives?
6   ARNOLD:     No you guys are safe, but you all really be the ones to go get
7   everything?
8   DET. 1:     Yeah.  Tell me where it's at?
9   DET. 2:     Absolutely.
10  DET. 1:     I'll go to your mom's house right now, is it in your house?
11  ARNOLD:     I don't think so.
12  DET. 2:     Alright, alright, alright, alright.
13  DET. 1:     Alright, vamanos, let's go.  (inaudible) shit.
14  DET. 2:     I gotta get a deck.
15  DET. 1:     Oh dear Lord.  Alright.  So he's gotta sit back down?  Or can we
16  just keep him on, on, at the holding cell over there?  Someone has got to transport
17  right?  Isn't there, isn't there somebody over in transport?
18  DET. 2:     I don't know if there's anybody out there right now.  It's 6:00.
19  DET. 1:     (overtalking).
20  DET. 2:     Hey we need to get a picture of him first.
21  DET. 1:     Oh.  (inaudible) use the one (inaudible) over there?
22  DET. 2:     Yeah.
23  DET. 1:     Is the battery running low?
24  DET. 2:     No.  Hold still.
25  DET. 1:     Is (inaudible)  last name (inaudible)?
26  DET. 2:     Yeah.
27  DET. 1:     Are you done with pictures?
28  DET. 2:     What?

1    ARNOLD:      When am I gonna get to call somebody?  And...

2    DET. 2:      You're going to get to call somebody when you get to the jail.

3    DET. 1:      When you get to jail.

4    ARNOLD:      Okay and do you guys have any idea how much money you gotta

5  pay?

6    DET. 2:      Yeah.

7    ARNOLD:      How much?

8    DET. 2:      $250,000.

9    ARNOLD:      No that's for bail.

10   DET. 2:      That is bail.

11   ARNOLD:      No it's not.

12   DET. 2:      Yes it is brother.

13   ARNOLD:      You gotta pay 10%.  So $2500?

14   DET. 2:      No, no, you sure?

15   ARNOLD:      $2500.

16   DET. 2:      On $250,000?

17   ARNOLD:      Oh $250,000?  Oh no...

18   DET. 2:      What's 10% of $250,000?

19   ARNOLD:      $25.

20   DET. 2:      $25 grand.

21   ARNOLD:      Yeah but I don't think....

22   DET. 2:      That's right, you ain't gonna have it are you?

23   ARNOLD:      That's impossible.

24   DET. 2:      Why is that impossible?

25   ARNOLD:      Because nobody has...

26   DET. 2:      That's right brother, let's go.

27   DET. 1:      Let's go.

28   ARNOLD:      I don't think it's that...

1   DET. 2:      You want to bet?

2   ARNOLD:      No I know it's going to be that high at first, but then its gonna go

3   down lower (inaudible).

4   DET. 1:      (inaudible).

5   DET. 2:      You been there before?

6   ARNOLD:      Nah, you can check my records.

7   DET. 2:      Alright then how do you know that happens?

8   ARNOLD:      Because I know people, I know people....

9   DET. 2:      Oh so you know people who have had that game before?

10  ARNOLD:      No, (inaudible) for any charges.  Like that happens with any

11  charges.

12  DET. 1:      (inaudible).  Oh sweet.

13  DET. 2:      No, it's his fake apple pie over there.  Oh.  Unless it really is apple

14  pie.  I don't know but it smells good.

15  ARNOLD:      Everybody less, I was talking to everybody and they're like we got

16  less....oh there's an ID right there, I don't know if you guys know?  But...

17  DET. 2:      Yeah that's other officer, she gotta come back and get it.

18  DET. 1:      Alright.  So, take him back in?

19  DET. 2:      Well you know, somebody left the...

20  DET. 1:      People have left everything here.

21  ARNOLD:      All the time.  What....

22  DET. 1:      Oh dear Lord.  I know that guy.

23  DET. 2:      Sit down for a second.

24  DET. 1:      Okay (inaudible).

25  DET. 2:      Do what?

26  DET. 1:      Are we taking him back inside are we keeping him here or what?

27  DET. 2:      No let's go...

28  DET. 1:      Back inside?

| | | |
|---|---|---|
| 1 | DET. 2: | Let's go back inside right now. |
| 2 | DET. 1: | (inaudible). |
| 3 | DET. 2: | Have a cookie. |
| 4 | DET. 1: | No. |
| 5 | DET. 2: | Have two. |
| 6 | MALE: | Homemade. |
| 7 | DET. 2: | Grab two? |
| 8 | DET. 1: | (inaudible) one for me. |
| 9 | DET. 2: | No that's right.  I don't like doing this.  Have a seat right here. |
| 10 | DET. 1: | What penalties you're facing?  I don't know.  Here have one.  No. |
| 11 | DET. 2: | Yeah. |
| 12 | DET. 1: | You think so? |
| 13 | DET. 2: | I know so.  They came out when we were... |
| 14 | DET. 1: | Hmm, no... |
| 15 | DET. 2: | Mm-hmm. |
| 16 | DET. 1: | No, that's not. |
| 17 | DET. 2: | It is. |
| 18 | DET. 1: | No. |
| 19 | DET. 2: | Bet? |
| 20 | DET. 1: | Oh, bet you. |
| 21 | DET. 2: | How much you wanna bet? |
| 22 | DET. 1: | I'll take that tomorrow and show it, here, here's this.... |
| 23 | DET. 2: | Oh fuck.  Actually it can go up to 12, his.  Yeah. |
| 24 | DET. 1: | (overtalking). |
| 25 | *(Recording ends)* | |
| 26 | | |
| 27 | | |
| 28 | | |