HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Jordan Arnold

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. LARRY A. BURNS)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 08cr0274-LAB** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **JORDAN ARNOLD,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age.  My business address is 1016 La Mesa Ave., Spring Valley, CA, 91977.

I have cause the service of the motion for an order allowing access to witnesses, continuing the trial and leave to file further motions in this case.  The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Christopher P. Tenorio | Christopher.Tenorio@usdoj.gov, efile.dkt.gc1@usdoj.gov, helaine.curtis@usdoj.gov |

**Respectfully submitted,**

**Dated: May 19, 2008**        *s/ Holly Hanover*
                          **Attorney for Mr. Jordan Arnold**

                          **E-mail: Netlawyr@aol.com**