AO 442

**NOT FOR PUBLIC VIEW**

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Jessica King (3)

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:** 08cr0274 LAB

YOU ARE HEREBY COMMANDED to arrest ___Jessica King (3)___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:1591(a)(1), (a)(2) and (b)(2) - Sex Trafficking of Children; 18:2422(b) Coercion and Enticement of Juvenile into Prostitution; 18:2 Aiding and Abetting; 18:371 Conspiracy

In violation of Title ___See Above___ United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

A. Everill
Signature of Deputy

(SEAL)

May 23, 2008 San Diego, CA
Date and Location

Bail fixed at $ _____ by ___The Honorable Anthony J. Battaglia___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |