AO 442

~ RECEIPT AND RETURN ~

**NOT FOR PUBLIC** United States District Court

*unsealed 5/29/08*

SOUTHERN DISTRICT OF CALIFORNIA

*SECRET*

UNITED STATES OF AMERICA

V.

Christopher Black (2)

**WARRANT FOR ARREST**

**CASE NUMBER:** 08cr0274 LAB

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ Christopher Black (2) ___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:1591(a)(1), (a)(2) and (b)(2) - Sex Trafficking of Children; 18:2422(b) Coercion and Enticement of Juvenile into Prostitution; 18:2 Aiding and Abetting; 18:371 Conspiracy

2008 MAY 23 P 4: 19

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title ___ See Above ___ United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| A. Everil (SEAL) | May 23, 2008 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___     by     The Honorable Anthony J. Battaglia

Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

