1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave.
   Spring Valley, CA 91977
3  Telephone: (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Jordan Arnold

5
                    **UNITED STATES DISTRICT COURT**
6                   **SOUTHERN DISTRICT OF CALIFORNIA**
                    **(THE HON. LARRY A. BURNS)**
7

8  **UNITED STATES OF AMERICA,**          )  CASE NO. 08cr0274-LAB
           Plaintiff,                     )
9                                         )  DATE: July 28, 2005
   v.                                     )  TIME: 2:00 p.m.
10                                        )
   **JORDAN ARNOLD,**                     )  NOTICE OF MOTIONS and MOTIONS TO:
11         Defendant.                     )  1) SEVER MR. ARNOLD'S CASE FROM THE
                                          )     REMAINING DEFENDANTS; and for
12 _____         )  2) <u>LEAVE TO FILE FURTHER MOTIONS</u>

13

14 TO:  **KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND**
        **CHRISTOPHER P. TENORIO, or current ASSISTANT UNITED STATES ATTORNEY:**
15

16      PLEASE TAKE NOTICE that on June 9, 2007 at 2:00 p.m., or as soon

17 thereafter as counsel may be heard, the defendant, Jordan Arnold, by and

18 through his counsel, Holly S. Hanover, will ask this Court to enter an

19 order granting the motions listed below.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

                                   1                              08cr0274

**MOTIONS**

The Defendant, Jordan Arnold, by and through his attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Sever Mr. Arnold's case from the remaining defendants; and to

2) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                              **Respectfully submitted,**

**Dated:  July 14, 2008**                      *s/ Holly Hanover*
                                                Attorney for Mr. Jordan Arnold
                                                E-mail: Netlawyr@aol.com