KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California 92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO.  08CR0274-LAB |
| v. | ) | JUDGE:    HON. LARRY A. BURNS |
| | ) | COURT:    COURTROOM 9 |
| JORDAN ARNOLD (1), | ) | DATE:     August 25, 2008 |
| CHRISTOPHER BLACK (2), | ) | TIME:     2:00 p.m. |
| JESSICA KING (3), | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and Defendant Jordan Arnold, through his counsel, Holly S. Hanover; Defendant Christopher Black, through his counsel, John P. Rogers; and Defendant Jessica King, through her counsel, Michael J. Messina, and hereby move this court to continue the motion hearing from Monday, August 25, 2008 at 2:00 p.m. to Monday, September 29, 2008 at 2:00 p.m.  Government counsel will be unavailable on August 25, 2008.  The parties stipulate

1  that the time from August 25, 2008 September 29, 2008 should be
2  excluded from the Speedy Trial Act in the interest of justice.
3       Dated:    August 19, 2008

                                        s/ Holly S. Hanover
                                        HOLLY S. HANOVER
                                        Attorney for Defendant Arnold

                                        s/ John P. Rogers
                                        JOHN P. ROGERS
                                        Attorney for Defendant Black

                                        s/ Michael J. Messina
                                        MICHAEL J. MESSINA
                                        Attorney for Defendant King


                                        KAREN P. HEWITT
                                        United States Attorney

                                         s/ Christopher P. Tenorio
                                        CHRISTOPHER P. TENORIO
                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JORDAN ARNOLD (1),<br>CHRISTOPHER BLACK (2),<br>JESSICA KING (3),<br><br>        Defendants. | **CERTIFICATE OF SERVICE**<br><br>CASE NO.  08CR0274-LAB<br>JUDGE:    HON. LARRY A. BURNS<br>COURT:    COURTROOM 9 |

IT IS HEREBY CERTIFIED that:

    I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEARING** on **Defendants' counsel** by electronically filing the foregoing with the Clerk of the District Court using its ECF System. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008          Respectfully submitted,

                                                KAREN P. HEWITT
                                                United States Attorney
                                                *s/Christopher P. Tenorio*
                                                CHRISTOPHER P. TENORIO
                                                Assistant U.S. Attorney