```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **DECLARATION OF** |
|---|---|---|
| | ) | **CHRISTOPHER P. TENORIO** |
| Plaintiff, | ) | |
| | ) | CASE NO.  08CR0274-LAB |
| v. | ) | JUDGE:    HON. LARRY A. BURNS |
| | ) | COURT:    COURTROOM 9 |
| JORDAN ARNOLD (1), | ) | DATE:     August 25, 2008 |
| CHRISTOPHER BLACK (2), | ) | TIME:     2:00 p.m. |
| JESSICA KING (3) | ) | |
| | ) | |
| Defendants. | ) | |

I, CHRISTOPHER P. TENORIO, declare as follows:

1. I am an Assistant United States Attorney with the U.S. Attorney's Office for the Southern District of California, Criminal Section, and I am assigned to the above-captioned case.

2. The motion hearing in the above-captioned case was originally scheduled for July 28, 2008.  The Government took no position upon Defendant Black's request to continue the hearing.

3. Without notice to Government counsel, the motion hearing was continued by court order to August 25, 2008 at 2:00 p.m., a date for which Government counsel is unavailable.

4.  Government counsel is scheduled for Annual Leave and will be out of the District from August 20, 2008 until September 2, 2008.  Leave has been scheduled for many months and involves non-refundable airline tickets.

5.  Because the present case is the result of a long-term pro-active investigation and addresses sensitive issues involving juveniles, Government counsel is hesitant to request that a colleague become familiar with the extensive and sensitive facts and issues on short notice.

FURTHER, I DECLARE NOT.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:   August 19, 2008

                              _s/Christopher P. Tenorio_
                              CHRISTOPHER P. TENORIO
                              Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Plaintiff, ) | CASE NO.  08CR0274-LAB |
| ) | JUDGE:    HON. LARRY A. BURNS |
| v. ) | COURT:    COURTROOM 9 |
| ) | |
| JORDAN ARNOLD (1), ) | |
| CHRISTOPHER BLACK (2), ) | |
| JESSICA KING (3), ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **DECLARATION OF CHRISTOPHER P. TENORIO** on **Defendants' counsel** by electronically filing the foregoing with the Clerk of the District Court using its ECF System.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008         Respectfully submitted,

KAREN P. HEWITT
United States Attorney
*s/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney